**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____     Chapter   11

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Lensar, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 32-0125724 |

**4.   Debtor's address**

**Principal place of business**

2800 Discovery Drive
Orlando, FL 32826
Number, Street, City, State & ZIP Code

Orange
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.lensar.com |

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Lensar, Inc.
_____
           Name

Case number (*if known*) _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

        5417

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

Debtor  Lensar, Inc.
_____  Case number (*if known*) _____
Name

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
■ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
■ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   Lensar, Inc.
_____          Case number (if known) _____
         Name

███ **Request for Relief, Declaration, and Signatures**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12-16-2016
             MM / DD / YYYY

X _____          Nicholas T. Curtis
   Signature of authorized representative of debtor          Printed name

Title   Chief Executive Officer

**18. Signature of attorney**

X _____          Date  12 / 16 / 2016
   Signature of attorney for debtor                 MM / DD / YYYY

Matthew G. Summers
Printed name

Ballard Spahr LLP
Firm name

919 N.Market Street, 11th Floor
Wilmington, DE 19801
Number, Street, City, State & ZIP Code

Contact phone  302-252-4428      Email address  summersm@ballardspahr.com

(Del. No. 5533)
Bar number and State

**RESOLUTIONS OF**
**THE BOARD OF DIRECTORS OF**
**LENSAR, INC.**

**December 16, 2016**

The undersigned hereby certifies that the Board of Directors (the "Board") of Lensar, Inc., a Delaware corporation ("Lensar"), having held a meeting at which a majority of the members of the Board were present on December 16, 2016, duly made, adopted and consented to the following resolutions (the "Resolutions"), and waived the receipt of prior notice and any and all other preconditions to the making of these Resolutions:

**WHEREAS,** the Board is vested with all powers of Lensar pursuant to Delaware law, the Fourteenth Amended and Restated Articles of Incorporation, and the Amended and Restated Bylaws of Lensar (dated as of May 29, 2015); and

**WHEREAS,** the Board has reviewed and considered the financial operating condition of Lensar's business, on the date hereof, including the historical performance of Lensar, its assets, and the current and long term liabilities of Lensar; and

**WHEREAS,** the Board has received, reviewed and considered the recommendations of the leadership of Lensar and Lensar's legal, financial and other advisors as to the relative risks and benefits of pursuing bankruptcy proceedings under the provisions of title 11 of the United States Code; and

**NOW, THEREFORE, BE IT RESOLVED,** that in the judgment of the Board it is desirable and in the best interest of Lensar, its creditors, employees, vendors, and other interested parties, that the Designated Person (as hereinafter defined) be authorized and empowered to file on behalf of Lensar a voluntary petition (the "Petition") commencing a proceeding (the "Proceeding") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and it is further

**RESOLVED,** that Lensar shall be, and hereby is, authorized to execute and file all petitions, schedules, statements, lists and other papers or documents, and to take any and all action which it deems reasonable, advisable, expedient, convenient, necessary or proper to obtain such relief; and it is further

**RESOLVED,** that Nicholas T. Curtis in his capacity as Chief Executive Officer of Lensar (the "Designated Person"), hereby is authorized and empowered, on behalf of and in the name of Lensar (i) to execute and verify the Petition as well as all other ancillary documents and to cause the Petition to be filed with the Bankruptcy Court and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents, and (ii) to execute, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, pleadings, consents, applications and other papers or documents necessary or desirable in connection with the foregoing, and it is further

**RESOLVED**, that the law firm of Ballard Spahr LLP ("Ballard Spahr") be, and hereby is, authorized and empowered to represent Lensar in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance Lensar's rights, including the preparation of pleadings and filings in its Proceeding; and in connection therewith, the Designated Person is authorized and empowered, on behalf of and in the name of Lensar to execute an appropriate retention agreement, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Ballard Spahr; and it is further

**RESOLVED**, that the Designated Person be, and hereby is, authorized and directed to retain the firm of Epiq Bankruptcy Solutions, LLC, as notice, claims, solicitation, balloting, and tabulation agent to represent and assist Lensar in carrying out its duties under the Bankruptcy Code, and to take any and all action to advance Lensar's rights and obligations; and, in connection therewith, the Designated Person is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Epiq Bankruptcy Solutions, LLC; and it is further

**RESOLVED**, that the Designated Person is hereby authorized, directed and empowered, on behalf of, and in the name of Lensar, to employ any other individual and/or firm as professionals or consultants or financial advisors to Lensar as is deemed necessary to represent and assist Lensar in carrying out its duties under title 11 of the United States Code, and in connection therewith, the Designated Person hereby is authorized and empowered, on behalf of and in the name of Lensar, to execute an appropriate retention agreement, and, if necessary, to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

**RESOLVED**, that in connection with the commencement of the Proceeding by Lensar, the Designated Person be, and hereby is, authorized, directed and empowered in the name of and on behalf of Lensar, as debtor and debtor in possession, to negotiate, execute, and deliver (i) a secured super-priority debtor in possession loan facility to be provided and funded by PDL BioPharma, Inc. (the "DIP Credit Facility"), on the terms the Designated Person may deem necessary or appropriate for the consummation of the transactions contemplated thereby, the signature of such Designated Person to be deemed conclusive evidence of such determination and (ii) in connection with the DIP Credit Facility, such agreements, certificates, instruments, collateral documents, mortgages, guaranties, notices and any and all other documents as the Designated Person may deem necessary or appropriate to facilitate the DIP Credit Facility and pledge of collateral in connection therewith, the signature of such Designated Person to be deemed conclusive evidence of such determination (collectively, the "Financing Documents"); and it is further

**RESOLVED**, that the proceeds of the DIP Credit Facility shall be used, subject to the terms of the Financing Documents: (i) to finance working capital and scheduled capital expenditures; (ii) to pay for fees and expenses associated with the DIP Credit Facility; (iii) to continue the conduct of the affairs of Lensar under chapter 11; (iv) to pay the administrative expenses, attorney's fees and expenses, and other professional fees and costs incurred by Lensar in connection with the Proceeding, and (v) for general corporate purposes; and it is further

2

**RESOLVED**, that the Designated Person is hereby authorized and empowered from time to time in the name and on behalf of Lensar, to (a) take such further actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required, or as such Designated Person may deem necessary, advisable or proper to carry out the intent and purpose of the foregoing resolution, and (b) perform the obligations of Lensar under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as the Designated Person performing or executing the same shall approve, and the performance or execution thereof by such Designated Person shall be conclusive evidence of the approval thereof by such Designated Person and by Lensar, as the case may be; and it is further

**RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon the Designated Person, and such other officers of Lensar as the Designated Person shall from time to time designate, and any employees or agents (including Lensar's legal counsel) designated by or directed by the Designated Person is authorized and empowered, in the name and on behalf of Lensar, to enter into, execute, deliver, acknowledge, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents and to pay all expenses, including filing fees, and to take such other actions, as in the judgment of the Designated Person shall be or become necessary, proper or desirable to the successful prosecution of the Proceeding; and it is further

**RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing Resolutions, which acts would have been approved by the foregoing Resolutions except that such actions were taken prior to the execution of these Resolutions, are hereby in all respects confirmed, approved and ratified.

**IN WITNESS WHEREOF**, the undersigned has executed this Certification effective as of December 16, 2016.

Nicholas T. Curtis
Chief Executive Officer

Scott Davido

3

Fill in this information to identify the case:

Debtor name    Lensar, Inc.

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lawrence Livermore Ntl. Secur.<br>Attn: Mark Lough<br>Office of General Counsel<br>P.O. Box 808 L-701<br>Livermore, CA 94550 | Mark Lough<br>lough1@llnl.gov<br>925-423-8165 | Litigation Settlement | | | | $500,000.00 |
| Steptoe & Johnson LLP<br>Attn: Glen P. Belvis, Esquire<br>115 South LaSalle Street, Suite 3100<br>Chicago, IL 60603 | Glen P. Belvis, Esquire<br>gbelvis@steptoe.com<br>312-577-1370 | Legal Services | | | | $434,067.93 |
| Coherent, Inc.<br>Attn: Loretta Austin<br>5100 Patrick Henry Drive<br>Santa Clara, CA 95054 | Loretta Austin<br>Kimberly.Campbell@coherent.com<br>408-764-4803 | Services Rendered | | | | $140,372.58 |
| NASP<br>Attn: F. Bonanni<br>19 Park Drive<br>Franklin, NJ 07416 | F. Bonanni<br>973-209-6374 | Services Rendered | | | | $84,800.00 |
| Premier Displays & Exhibits<br>11261 Warland Drive<br>Cypress, CA 90630 | 562-598-3320 | Services Rendered | | | | $72,669.22 |
| Silicon Valley Bank<br>3333 Peachtree Rd NE STE M10<br>Atlanta, GA 30326 | | | | | | $54,500.00 |
| Cassini USA<br>1 Wall Street, 6 floor<br>Burlington, MA 01803 | Lori Swartz<br>lori@siegelsolutions.com<br>781-487-7000 | Services Rendered | | | | $27,950.00 |
| Cataract Surgery: Telling It<br>Attn: Joanna Osher<br>1945 CEI Drive<br>Cincinnati, OH 45242 | Joanna Osher<br>jmosher@CincinnatiEye.com<br>513-569-3679 | Services Rendered | | | | $16,000.00 |

Debtor    Lensar, Inc.                                                    Case number (if known)
_____                        _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mark Packer MD Consulting Attn: Mark Packer 6158 Mt Philo Rd Charlotte, VT 05445 | Mark Packer  mark@markpackerconsulting.com 970-690-8749 | Services Rendered | | | | $14,000.00 |
| Armstrong Mold Corporation Attn: Mike Gemelli 6910 Manlius Center Road East Syracuse, NY 13057 | Mike Gemelli  mabodley@armstrongmold.com 315-437-1517 | Services Rendered | | | | $13,651.00 |
| DALLAS COUNTY TAX OFFICE Attn: JOHN R. AMES, CTA PO BOX 139066 Dallas, TX 75313 | John R. Ames, CTA  propertytax@dallascounty.org 214-653-7811 | Taxes | | | | $12,992.09 |
| Saint-Gobain Performance Pla Attn: Judy Jacobs 2316 West Wisconsin Portage, WI 53901 | Judy Jacobs  judy.l.jacobs@saint-gobain.com 608-742-8541 | Services Rendered | | | | $12,427.97 |
| Square 1 Partners, LLC Attn: Lauren Kanner 1 Wrigley Irvine, CA 92618 | Lauren Kanner  info@get2square1.com 949-390-5900 | Services Rendered | | | | $10,805.00 |
| NAMSA Attn: Jacob Velosky 6750 Wales Road Northwood, OH 43619 | Jacob Velosky  419-662-4386 | Services Rendered | | | | $9,820.00 |
| Professional Application Attn: Fritz Meisel Bahnhofstrasse 1 90562 Kalchreuth GERMANY | Fritz Meisel  +49-911-5181126 | Services Rendered | | | | $9,558.00 |
| Glasser, Adrian University of Houston 4901 Calhoun Rd Houston, TX 77004 | Adrian Glasser  aglasser@Central.UH.EDU 650-620-9948 | Services Rendered | | | | $9,000.00 |
| TOPCON Europe Medical BV PO Box 145 2900 AC Capelle NETHERLANDS | 31-0-10-2844940 | Services Rendered | | | | $6,882.90 |
| Classic Controls, Inc. P.O. Box 6187 Lakeland, FL 33807 | 863-648-0484 | Services Rendered | | | | $5,927.14 |
| All American Crating, Inc. Attn: Michael Mitchell 1256 La Quinta Drive Orlando, FL 32809 | Michael Mitchell  michael@crateit.com 407-240-2737 | Services Rendered | | | | $5,610.00 |
| CEDARS INC. 27 CHARLES COURT Fair Haven, NJ 07704 | | Services Rendered | | | | $5,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    Lensar, Inc.

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets—Real and Personal Property (Official Form 206A/B)*
☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☐ *Schedule H: Codebtors (Official Form 206H)*
☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐ *Amended Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12-16-2016        X _____
                                    Signature of individual signing on behalf of debtor

                                    Nicholas T. Curtis
                                    Printed name

                                    Chief Executive Officer
                                    Position or relationship to debtor

Official Form 202                       Declaration Under Penalty of Perjury for Non-Individual Debtors

# United States Bankruptcy Court
## District of Delaware

In re    Lensar, Inc.

_____    Debtor(s)

Case No. _____
Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Aisling Capital II, LP<br>Attn: Steve Elms<br>888 Seventh Avenue, 30th Floor<br>New York, NY 10106 | Series B<br>Preferred | 3,279,583 | |
| Aisling Capital II, LP<br>Attn: Steve Elms<br>888 Seventh Avenue, 30th Floor<br>New York, NY 10106 | Series C<br>Preferred | 5,753,135 | |
| Aisling Capital II, LP<br>Attn: Steve Elms<br>888 Seventh Avenue, 30th Floor<br>New York, NY 10106 | Series D-1<br>Preferred | 1,830,543 | |
| Aisling Capital II, LP<br>Attn: Steve Elms<br>888 Seventh Avenue, 30th Floor<br>New York, NY 10106 | Series D-2<br>Preferred | 1,400,000 | |
| Aisling Capital II, LP<br>Attn: Steve Elms<br>888 Seventh Avenue, 30th Floor<br>New York, NY 10106 | Series E<br>Preferred | 11,641,536 | |
| Aisling Capital II, LP<br>Attn: Steve Elms<br>888 Seventh Avenue, 30th Floor<br>New York, NY 10106 | Series E-1<br>Preferred | 1,098,971 | |
| Aisling Capital II, LP<br>Attn: Steve Elms<br>888 Seventh Avenue, 30th Floor<br>New York, NY 10106 | Series E-2<br>Preferred | 6,005,985 | |
| Aisling Capital II, LP<br>Attn: Steve Elms<br>888 Seventh Avenue, 30th Floor<br>New York, NY 10106 | Series E-3<br>Preferred | 3,849,341 | |
| Aisling Capital II, LP<br>Attn: Steve Elms<br>888 Seventh Avenue, 30th Floor<br>New York, NY 10106 | Series E-4<br>Preferred | 4,121,141 | |
| Aisling Capital II, LP<br>Attn: Steve Elms<br>888 Seventh Avenue, 30th Floor<br>New York, NY 10106 | Series E-5<br>Preferred | 5,357,483 | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

In re: Lensar, Inc.      Case No. _____

_____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Allen, Monty K.<br>350 Carolina Ave., Apt. 407<br>Winter Park, FL 32789 | Series A-2 Preferred | 10,000 | |
| Allen, Monty K.<br>350 Carolina Ave., Apt. 407<br>Winter Park, FL 32789 | Common | 81,047 | |
| Bielitzki, Joseph T &<br>BettingerTamara L<br>JTWROS<br>12019 Radbourne St<br>Winter Garden, FL 34787 | Common | 80,000 | |
| Bott, Steven E.<br>472 West Palm Valley<br>Oviedo, FL 32765 | Common | 256,151 | |
| Bowes, John<br>1710 Anna Catherine Drive<br>Orlando, FL 32828 | Common | 20,000 | |
| Charline Ada Gauthier Trust<br>1151 Via Lugano<br>Winter Park, FL 32789 | Series A-5 Preferred | 33,334 | |
| Cohn, Harold<br>291 Hillside Drive NW<br>Atlanta, GA 30342 | Series A-4 Preferred | 33,500 | |
| Cohn, Marshall S.<br>520 N. Semoran Blvd.<br>Suite 222<br>Orlando, FL 32807 | Series A-2 Preferred | 55,000 | |
| Cohn, Marshall S.<br>520 N. Semoran Blvd.<br>Suite 222<br>Orlando, FL 32807 | Series A-3 Preferred | 37,500 | |
| Cohn, Marshall S.<br>520 N. Semoran Blvd.<br>Suite 222<br>Orlando, FL 32807 | Series A-4 Preferred | 33,500 | |
| Cohn, Marshall S.<br>520 N. Semoran Blvd.<br>Suite 222<br>Orlando, FL 32807 | Series A-5 Preferred | 16,667 | |
| Connaughton, Alan B.<br>12306 Regal Lily Lane<br>Orlando, FL 32878 | Series C Preferred | 13,075 | |

List of equity security holders consists of 12 total page(s)

In re: <u>Lensar, Inc.</u>                                     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Connaughton, Alan B.<br>12306 Regal Lily Lane<br>Orlando, FL 32878 | Series E-2 Preferred | 3,240 | |
| Connaughton, Alan B.<br>12306 Regal Lily Lane<br>Orlando, FL 32878 | Series E-3 Preferred | 2,088 | |
| Cullen, Catherine Maria Margaret<br>Japonica, The Street<br>Preston, Canterbury, Kent<br>CT3 1DU, U.K. | Common | 87,000 | |
| Curatu, George<br>2872 S. Tanner Road<br>Orlando, FL 32802 | Common | 25,000 | |
| David W. Shoemaker Revocable Trust<br>4121 Roberts Point Road<br>Sarasota, FL 34242 | Series C Preferred | 523,012 | |
| David W. Shoemaker Revocable Trust<br>4121 Roberts Point Road<br>Sarasota, FL 34242 | Series E-2 Preferred | 129,621 | |
| David W. Shoemaker Revocable Trust<br>4121 Roberts Point Road<br>Sarasota, FL 34242 | Series E-3 Preferred | 83,540 | |
| DBC, Ltd.<br>Attn: Marshall I. Cohn<br>520 N. Semoran Blvd., Suite 222<br>Orlando, FL 32807 | Series A-3 Preferred | 25,000 | |
| DeCastro, Jorge<br>218 Twelve League Circle<br>Casselberry, FL 32707 | Common | 66,667 | |
| Dello Russo Family Trust<br>P.O. Box 11<br>ANZ House, Main Road, Avarua,<br>Rarotonga<br>Cook Islands, New Zealand | Series A-3 Preferred | 50,000 | |
| Dello Russo Mulberry Trust<br>P.O. Box 11<br>ANZ House, Main Road, Avarua,<br>Rarotonga<br>Cook Islands, New Zealand | Series A-3 Preferred | 50,000 | |
| Dello Russo, James Eric<br>112 Hampshire Hill Road<br>Saddle River, NJ 07458 | Series A-3 Preferred | 12,500 | |

List of equity security holders consists of 12 total page(s)

In re:  Lensar, Inc.                                                    Case No. _____
        _____
                            Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dello Russo, James Eric<br>112 Hampshire Hill Road<br>Saddle River, NJ 07458 | Series A-4 Preferred | 10,000 | |
| Dello Russo, Jeffrey<br>24 E. 20th Street<br>New York, NY 10003 | Series A-4 Prefered | 30,000 | |
| Dello Russo, John<br>44 Churchill Road<br>Cresskill, NJ 07626 | Series A-4 Preferred | 60,000 | |
| Dello Russo, Joseph, M.D.<br>33 Buckingham Drive<br>Alpine, NJ 07620 | Series A-2 Preferred | 110,000 | |
| Dello Russo, Joseph, M.D.<br>33 Buckingham Drive<br>Alpine, NJ 07620 | Common | 10,000 | |
| Dello Russo, Patrick C.<br>838 7th Street<br>West Babylon, NY 11704 | Series A-4 Preferred | 10,000 | |
| Dello Russo, Stephanie<br>33 Buckingham Drive<br>Alpine, NJ 07620 | Series A-3 Preferred | 12,500 | |
| Dello Russo, Stephanie<br>33 Buckingham Drive<br>Alpine, NJ 07620 | Series A-4 Preferred | 24,000 | |
| Downes Family Revocable Living Trust<br>4925 Lake Milly Drive<br>Orlando, FL 32839 | Common | 53,334 | |
| Downes, G. Richard , Jr.<br>4925 Lake Milly Rd<br>Orlando, FL 32839 | Series A-1 Preferred | 25,000 | |
| Downes, G. Richard, Jr.<br>4925 Lake Milly Rd<br>Orlando, FL 32839 | Series A-2 Preferred | 25,000 | |
| Elizabeth M. Isler Revocable Trust<br>1742 Temple Dr<br>Winter Park, FL 32789 | Series A-2 Preferred | 27,500 | |
| Elizabeth M. Isler Revocable Trust<br>1742 Temple Dr<br>Winter Park, FL 32789 | Series A-3 Preferred | 31,250 | |

List of equity security holders consists of 12 total page(s)

In re:  Lensar, Inc. _____    Case No. _____
                                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Elizabeth M. Isler Revocable Trust<br>1742 Temple Dr<br>Winter Park, FL 32789 | Series A-4 Preferred | 33,500 | |
| Estate of Anne Dolores Frey<br>905 Greentree Drive<br>Winter Park, FL 32789 | Series C Preferred | 10,460 | |
| Fishkind Family Limited Partnership<br>4750 N. Camino Corto<br>Tucson, AZ 85718 | Common | 2,615 | |
| Florida Growth Fund LLC<br>c/o Hamilton Lane Advisors, LLC<br>Florida Growth Fund Team<br>One Presidential Blvd. 4th Fl<br>Bala Cynwyd, PA 19004 | Series D-1 Preferred | 1,830,543 | |
| Florida Growth Fund LLC<br>c/o Hamilton Lane Advisors, LLC<br>Florida Growth Fund Team<br>One Presidential Blvd. 4th Fl<br>Bala Cynwyd, PA 19004 | Series D-2 Preferred | 600,000 | |
| Florida Growth Fund LLC<br>c/o Hamilton Lane Advisors, LLC<br>Florida Growth Fund Team<br>One Presidential Blvd. 4th Fl<br>Bala Cynwyd, PA 19004 | Series E Preferred | 5,535,773 | |
| Florida Growth Fund LLC<br>c/o Hamilton Lane Advisors, LLC<br>Florida Growth Fund Team<br>One Presidential Blvd. 4th Fl<br>Bala Cynwyd, PA 19004 | Series E-1 Preferred | 549,485 | |
| Florida Growth Fund LLC<br>c/o Hamilton Lane Advisors, LLC<br>Florida Growth Fund Team<br>One Presidential Blvd. 4th Fl<br>Bala Cynwyd, PA 19004 | Series E-2 Preferred | 1,903,308 | |
| Florida Growth Fund LLC<br>c/o Hamilton Lane Advisors, LLC<br>Florida Growth Fund Team<br>One Presidential Blvd. 4th Fl<br>Bala Cynwyd, PA 19004 | Series E-3 Preferred | 1,213,071 | |
| Florida Growth Fund LLC<br>c/o Hamilton Lane Advisors, LLC<br>Florida Growth Fund Team<br>One Presidential Blvd. 4th Fl<br>Bala Cynwyd, PA 19004 | Series E-4 Preferred | 274,743 | |

List of equity security holders consists of 12 total page(s)

In re:  Lensar, Inc.                                      Case No. _____
_____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Florida Growth Fund LLC<br>c/o Hamilton Lane Advisors, LLC<br>Florida Growth Fund Team<br>One Presidential Blvd. 4th Fl<br>Bala Cynwyd, PA 19004 | Series E-5<br>Preferred | 274,743 | |
| Florida Opportunity Fund, Inc.<br>Attn: Jennifer Dunham<br>270 West New England Avenue<br>Winter Park, FL 32789 | Series E-1<br>Preferred | 1,098,971 | |
| Florida Opportunity Fund, Inc.<br>Attn: Jennifer Dunham<br>270 West New England Avenue<br>Winter Park, FL 32789 | Series E-2<br>Preferred | 1,673,989 | |
| Florida Opportunity Fund, Inc.<br>Attn: Jennifer Dunham<br>270 West New England Avenue<br>Winter Park, FL 32789 | Series E-3<br>Preferred | 306,791 | |
| Frey, Randy W.<br>905 Greentree Drive<br>Winter Park, FL 32789 | Common | 560,000 | |
| Frey, Randy W.<br>905 Greentree Drive<br>Winter Park, FL 32789 | Series A-1<br>Preferred | 310,000 | |
| Frey, Randy W.<br>905 Greentree Drive<br>Winter Park, FL 32789 | Series A-2<br>Preferred | 60,000 | |
| Frey, Randy W.<br>905 Greentree Drive<br>Winter Park, FL 32789 | Series A-3<br>Preferred | 50,000 | |
| Frey, Randy W.<br>905 Greentree Drive<br>Winter Park, FL 32789 | Series A-3<br>Preferred | 50,000 | |
| Frey, Randy W.<br>905 Greentree Drive<br>Winter Park, FL 32789 | Series A-4<br>Preferred | 98,002 | |
| Frey, Randy W.<br>905 Greentree Drive<br>Winter Park, FL 32789 | Series A-5<br>Preferred | 66,667 | |
| Frey, Randy W.<br>905 Greentree Drive<br>Winter Park, FL 32789 | Series A-6<br>Preferred | 155,780 | |

In re:  Lensar, Inc. _____    Case No. _____
                                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Frey, Rudolph W.<br>905 Greentree Drive<br>Winter Park, FL 32789 | Series E-2 Preferred | 54,948 | |
| Frey, Rudolph W.<br>905 Greentree Drive<br>Winter Park, FL 32789 | Series E-3 Preferred | 7,463 | |
| Frzza, John P., M.D., P.A.<br>458 Walls Way<br>Osprey, FL 34229 | Common | 40,000 | |
| Gary Gray<br>12859 Sharp Shinned Street<br>Orlando, FL 32837 | Common | 175,000 | |
| Goldrich, Ronald D.  & Judy<br>1841 Eagle Trace Blvd. West<br>Coral Springs, FL 33071 | Common | 130,000 | |
| Gordon, Judy F.<br>733 Bolsana Drive<br>Laguna Beach, CA 92651 | Series A-5 Preferred | 8,334 | |
| Grimm, William A.<br>140 Chelton Circle<br>Winter Park, FL 32789 | Series A-2 Preferred | 6,666 | |
| Guillon, Michael<br>17 Carlyle Mansions, Cheyne Walk<br>London, SW3 5LS<br>ENGLAND | Series A-5 Preferred | 35,000 | |
| Gwon, Arlene, M.D.<br>8 Trafalgar<br>Newport Beach, CA 92660 | Common | 300,000 | |
| Hobby, Edward K.<br>555 E. Limberlost Drive<br>#1093<br>Tucson, AZ 85705 | Series A-2 Preferred | 5,000 | |
| Holly Hobby Henning<br>3316 O Street<br>Vancouver, WA 98663 | Common | 5,000 | |
| Keates, Mary Taylor<br>850 Beth Drive<br>Nashville, TN 37206 | Common | 30,000 | |
| Kenleigh Hobby<br>1819 N. Center Lane<br>Spokane, WA 99212 | Series A-2 | 2,000 | |

List of equity security holders consists of 12 total page(s)

In re:  Lensar, Inc. _____    Case No. _____
                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Kenleigh Hobby<br>1819 N. Center Lane<br>Spokane, WA 99212 | Common | 5,000 | |
| Krueger, Ronald R. , M.D.<br>10720 Edgewater Dr.<br>Cleveland, OH 44102 | Series A -1 Preferred | 20,000 | |
| Krueger, Ronald R., M.D.<br>10720 Edgewater Dr.<br>Cleveland, OH 44102 | Series A-2 Preferred | 20,000 | |
| Krueger, Ronald R., M.D.<br>10720 Edgewater Dr.<br>Cleveland, OH 44102 | Common | 20,000 | |
| Krueger, Ronald Robert, M.D.<br>10720 Edgewater Drive<br>Cleveland, OH 44102 | Series E-2 Preferred | 20,000 | |
| Krueger, Ronald Robert, M.D.<br>10720 Edgewater Drive<br>Cleveland, OH 44102 | Series E-3 Preferred | 2,213 | |
| Kuszak, Jerome<br>611 North Ridgeland Avenue<br>Oak Park, IL 60302 | Common | 95,313 | |
| Linares, Adriana Y.<br>1203 Turner Road<br>Winter Park, FL 32789 | Common | 84,897 | |
| LWN Holdings, LP<br>Attn: Wendy Nichamin<br>46 Greystone Court<br>P.O. Box 6430<br>Avon, CO 81620 | Series C Preferred | 104,602 | |
| LWN Holdings, LP<br>Attn: Wendy Nichamin<br>46 Greystone Court<br>P.O. Box 6430<br>Avon, CO 81620 | Series E-2 Preferred | 25,924 | |
| LWN Holdings, LP<br>Attn: Wendy Nichamin<br>46 Greystone Court<br>P.O. Box 6430<br>Avon, CO 81620 | Series E-3 Preferred | 16,708 | |
| McGarvey, S.K.<br>8833 Greensboro Lane<br>Las Vegas, NV 89134 | Common | 85,000 | |

List of equity security holders consists of 12 total page(s)

In re:  Lensar, Inc.                                               Case No. _____

_____

                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Monahan, Frances H.<br>455 Weymouth Drive<br>Wyckoff, NJ 07481 | Series E-2<br>Preferred | 28,945 | |
| Monahan, Frances H.<br>455 Weymouth Drive<br>Wyckoff, NJ 07481 | Series E-3<br>Preferred | 3,202 | |
| Monahan, Francis H.<br>455 Weymouth Drive<br>Wyckoff, NJ 07481 | Series A-2<br>Preferred | 36,667 | |
| Monahan, Francis H.<br>455 Weymouth Drive<br>Wyckoff, NJ 07481 | Series A-3<br>Preferred | 41,667 | |
| Monahan, Francis H.<br>455 Weymouth Drive<br>Wyckoff, NJ 07481 | Series A-4<br>Preferred | 44,666 | |
| Monahan, Francis H.<br>455 Weymouth Drive<br>Wyckoff, NJ 07481 | Series A-5<br>Preferred | 16,667 | |
| Myers, Raymond<br>208 Beverly Lane<br>Collinsville, IL 62234 | Common | 10,000 | |
| Nan M. Russell Trust<br>111 Mt. Israel Road<br>Center Sandwich, NH 03227 | Series E-2<br>Preferred | 28,945 | |
| Nan M. Russell Trust<br>111 Mt. Israel Road<br>Center Sandwich, NH 03227 | Series E-3<br>Preferred | 3,202 | |
| Nan M. Russell Trust dtd 9/6/2012<br>P.O. Box 169<br>111 Mt. Israel Road<br>Center Sandwich, NH 03227 | Series A-2<br>Preferred | 36,667 | |
| Nan M. Russell Trust dtd 9/6/2012<br>P.O. Box 169<br>111 Mt. Israel Road<br>Center Sandwich, NH 03227 | Series A-3<br>Preferred | 41,667 | |
| Nan M. Russell Trust dtd 9/6/2012<br>P.O. Box 169<br>111 Mt. Israel Road<br>Center Sandwich, NH 03227 | Series A-4<br>Preferred | 44,666 | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re:  Lensar, Inc.                                                    Case No. _____
_____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Nan M. Russell Trust dtd 9/6/2012<br>P.O. Box 169<br>111 Mt. Israel Road<br>Center Sandwich, NH 03227 | Series A-5 Preferred | 16,667 | |
| O'Rourke, Michael<br>1027 South Dakota Avenue<br>Tampa, FL 33606 | Series C Preferred | 13,075 | |
| O'Rourke, Michael<br>1027 South Dakota Avenue<br>Tampa, FL 33606 | Series E-2 Preferred | 3,240 | |
| O'Rourke, Michael<br>1027 South Dakota Avenue<br>NH 03360-6000 | Series E-3 Preferred | 2,088 | |
| Olmstead, Richard Ty<br>802 Live Oak Lane<br>Oviedo, FL 32765 | Common | 104,688 | |
| Pappas, Harry R.<br>641 Bonita Drive<br>Winter Park, FL 32789 | Series A-2 Preferred | 27,500 | |
| Pappas, Harry R.<br>641 Bonita Drive<br>Winter Park, FL 32789 | Series A-3 Preferred | 31,250 | |
| Pappas, Harry R.<br>641 Bonita Drive<br>Winter Park, FL 32789 | Series A-4 Preferred | 33,500 | |
| Qian, Cheng<br>429 Lincoln Blvd., 1R<br>Hauppauge, NY 11788 | Common | 7,500 | |
| Richard L. Lindstrom Family Ltd Partnership #2<br>2811 Westwood Road<br>Wayzata, MN 55391 | Series A-5 Preferred | 10,000 | |
| Second Sight Laser Technologies, Inc.<br>Attn: Raymond Myers, President<br>208 Beverly Lane<br>Collinsville, IL 62234 | Common | 300,000 | |
| Shepherd, Bart<br>P.O. Box 1269<br>Winter Park, FL 32790 | Common | 50,000 | |

List of equity security holders consists of 12 total page(s)

In re:  Lensar, Inc. _____

Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| SHGAH Holdings, Ltd.<br>2629 Aston Circle<br>Melbourne, FL 32940 | Series E-2<br>Preferred | 16,484 | |
| SHGAH Holdings, Ltd.<br>2629 Aston Circle<br>Melbourne, FL 32940 | Series E-3<br>Preferred | 1,824 | |
| SHGAH Holdings, Ltd.<br>c/o Ross Herbert<br>2629 Aston Circle<br>Melbourne, FL 32940 | Series A-2<br>Preferred | 33,333 | |
| SHGAH Holdings, Ltd.<br>c/o Ross Herbert<br>2629 Aston Circle<br>Melbourne, FL 32940 | Series A-3<br>Preferred | 25,000 | |
| SHGAH Holdings, Ltd.<br>c/o Ross Herbert<br>2629 Aston Circle<br>Melbourne, FL 32940 | Common | 50,000 | |
| Smith, Craig<br>4239 Windover Way<br>Melbourne, FL 32934 | Common | 75,000 | |
| Strader, Tina D.<br>2138 S. Indiana Avenue #1708<br>Chicago, IL 60616 | Common | 10,000 | |
| Topcon Europe Medical B.V.<br>Essebaan 11<br>NL-2908 LJ Capelle aan den Ijssel<br>The Netherlands | Common | 376,471 | |
| Warlick, Theodora<br>1825 Maplewood Drive<br>Orlando, FL 32803 | Common | 20,000 | |
| Wheeler, Edward<br>94 Remsen Street<br>Brooklyn, NY 11201 | Series E-2<br>Preferred | 28,945 | |
| Wheeler, Edward<br>94 Remsen Street<br>Brooklyn, NY 11201 | Series E-3<br>Preferred | 3,202 | |
| Wheeler, Edward W.<br>94 Remsen Street<br>Brooklyn, NY 11201 | Series A-2<br>Preferred | 36,667 | |

List of equity security holders consists of 12 total page(s)

In re:  Lensar, Inc. _____    Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Wheeler, Edward W.<br>94 Remsen Street<br>Brooklyn, NY 11201 | Series A-3<br>Preferred | 41,666 | |
| Wheeler, Edward W.<br>94 Remsen Street<br>Brooklyn, NY 11201 | Series A-4<br>Preferred | 44,666 | |
| Wheeler, Edward W.<br>94 Remsen Street<br>Brooklyn, NY 11201 | Series A-5<br>Preferred | 16,667 | |
| Zepkin, Neil<br>6297 Lake Charm Circle<br>Oviedo, FL 32765 | Series E-2<br>Preferred | 1,100 | |
| Zepkin, Neil<br>6297 Lake Charm Circle<br>Oviedo, FL 32765 | Series E-3<br>Preferred | 122 | |
| Zepkin, Neil<br>6297 Lake Charm Circle<br>Oviedo, FL 32765 | Series A-2<br>Preferred | 7,500 | |
| Zepkin, Neil<br>6297 Lake Charm Circle<br>Oviedo, FL 32765 | Common | 50,000 | |
| Zimmerman, Mary K.<br>1111 Brambling Court<br>Bradenton, FL 34212 | Common | 5,000 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  12-16-2016 _____    Signature _____
                                                Nicholas T. Curtis

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Delaware

In re   Lensar, Inc. _____    Case No. _____
                                                   Debtor(s)            Chapter   11

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 12-16-2016 _____          _____

                                          Nicholas T. Curtis/Chief Executive Officer
                                          Signer/Title

LENSAR, INC.
2800 DISCOVERY DRIVE
ORLANDO, FL 32826

AT&T TELECONFERENCE SERVICES
PO BOX 5002
CAROL STREAM, IL 60197-5002

COHERENT, INC.
ATTN: LORETTA AUSTIN
5100 PATRICK HENRY DRIVE
SANTA CLARA, CA 95054

MATTHEW G. SUMMERS
BALLARD SPAHR LLP
919 N.MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BRIGHTHOUSE NETWORKS
PO BOX 30574
TAMPA, FL 33630-3574

CONCUR TECHNOLOGIES, INC.
18400 NE UNION HILL ROAD
REDMOND, WA 98052

AFLAC
1932 WYNNTON ROAD
WORLDWIDE HEADQUARTERS
COLUMBUS, GA 31999

CABLESTOGO.COM
ATTN: AMY BENNINGTON
3555 KETTERING BLVD.
DAYTON, OH 45439

CONNECTION
NOELA THEBODEAU
PO BOX 536472
PITTSBURGH, PA 15253

AIT LIFE SAFETY
4617 PARKBREEZE COURT
ORLANDO, FL 32808

CAPITAL OFFICE PRODUCTS
210 FENTRESS BLVD
DAYTONA BEACH, FL 32114

CPR ASSOCIATES LLC
PO BOX 530073
ORLANDO, FL 32853

ALL AMERICAN CRATING, INC.
ATTN: MICHAEL MITCHELL
1256 LA QUINTA DRIVE
ORLANDO, FL 32809

CASA SIERRA FARM
6712 SR 674 EAST
WIMAUMA, FL 33598

DALLAS COUNTY TAX OFFICE
ATTN: JOHN R. AMES, CTA
PO BOX 139066
DALLAS, TX 75313

ALLIED ELECTRONICS
7151 JACK NEWELL BLVD S.
FORT WORTH, TX 76118

CASSINI USA
1 WALL STREET, 6 FLOOR
BURLINGTON, MA 01803

DATA GRAPHICS, INC.
ATTN: STACY KIMBALL
PO BOX 152
MOUNT DORA, FL 32756

AQUAPURE
PO BOX 2068
ORLANDO, FL 32802

CATARACT SURGERY: TELLING IT
ATTN: JOANNA OSHER
1945 CEI DRIVE
CINCINNATI, OH 45242

DELTA GROUP ELECTRONICS
395 GUS HIPP BLVD.
ROCKLEDGE, FL 32955

ARMSTRONG MOLD CORPORATION
ATTN: MIKE GEMELLI
6910 MANLIUS CENTER ROAD
EAST SYRACUSE, NY 13057

CEDARS INC.
27 CHARLES COURT
FAIR HAVEN, NJ 07704

DESICCARE
ATTN: PEGGY CHAFFIN
985 DAMONTE RANCH PKWY
SUITE 320
RENO, NV 89521

AT&T
PO BOX 5019
CAROL STREAM, IL 60197-5019

CLASSIC CONTROLS, INC.
P.O. BOX 6187
LAKELAND, FL 33807

DEX IMAGING
5109 WEST LEMON ST
TAMPA, FL 33609

AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197-6463

COCA COLA REFRESHMENTS
ATTN: RAY NEWSOME
521 LAKE KATHY DRIVE
BRANDON, FL 33510

DIGI-KEY CORP.
ATTN: KIM GILBERT
701 BROOKS AVENUE SOUTH
P. O. BOX 677
THIEF RIVER FALLS, MN 56701

DRS. GIEDD, PA
ATTN: KERRY GIEDD OD, MS, FAAO
3626 SUPREME COURT
APOPKA, FL 32703

JUSTICE ELECTRONIC TRAINING
5850 T.G. LEE BLVD., STE. 24
ORLANDO, FL 32822

NAMSA
ATTN: JACOB VELOSKY
6750 WALES ROAD
NORTHWOOD, OH 43619

DUKE ENERGY
PO BOX 33199
SAINT PETERSBURG, FL 33733

KUEHNE + NAGEL, INC.
7297 SOUTH CONWAY ROAD
CHB#4455, SUITE 100
ORLANDO, FL 32812

NASP
ATTN: F. BONANNI
19 PARK DRIVE
FRANKLIN, NJ 07416

ELECTRONIC/FASTENERS, INC.
ATTN: PATTY DUNN
277 POWER COURT
SANFORD, FL 32771

LAWRENCE LIVERMORE NTL. SECUR.
ATTN: MARK LOUGH
OFFICE OF GENERAL COUNSEL
P.O. BOX 808 L-701
LIVERMORE, CA 94550

NEXAIR, LLC / PRAXAIR
403 ZELL DRIVE
ORLANDO, FL 32824

ENGAGED COMMUNICATION
43 SNOW BUSH
LADERA RANCH, CA 92694

LENS DYNAMICS, INC.
ATTN: KATHY VASKE
3901E N.E. 33RD TERRACE
KANSAS CITY, MO 64117

OKLAHOMA COUNTY TREASURER
ATTN: JEANISE BILYEU
320 ROBERT S KERR, RM 307
OKLAHOMA CITY, OK 73102

FEDEX
PO BOX 660481
DALLAS, TX 75266

MARCENT/DBA/CHALLENGER
- DUKE ENERGY
5401 S. KIRKMAN ROAD, SUITE 650
ORLANDO, FL 32819

OPHIR-SPIRICON
3050 NORTH 300 WEST
LOGAN, UT 84341

FIBER OPTIC CENTER
23 CENTRE STREET
NEW BEDFORD, MA 02740

MARCENT/DBA/CHALLENGER - TRASH
5401 S. KIRKMAN ROAD, SUITE 650
ORLANDO, FL 32819

OPTI TEMP, INC.
1500 INTERNATIONAL DRIVE
TRAVERSE CITY, MI 49686

FISHER SCIENTIFIC
3970 JOHNS CREEK COURT
SUWANEE, GA 30024

MARK PACKER MD CONSULTING
ATTN: MARK PACKER
6158 MT PHILO RD
CHARLOTTE, VT 05445

PDL BIOPHARMA, INC.
ATTN:  NATHAN KRYSZAK
932 SOUTHWOOD BLVD.
INCLINE VILLAGE, NV 89451

GIBSON, DUNN & CRUTCHER LLP
ATTN: JEFFREY C. KRAUSE &
SAMUEL A. NEWMAN
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071

MASSEY SERVICES OF ORLANDO
3210 CLAY AVE, SUITE D
ORLANDO, FL 32804

PEPSI BEVERAGES COMPANY
1700 DIRECTORS ROW
ORLANDO, FL 32809

GLASSER, ADRIAN
UNIVERSITY OF HOUSTON
4901 CALHOUN RD
HOUSTON, TX 77004

MCMASTER CARR
PO BOX 7690
CHICAGO, IL 60680

PRAVIN PANKHANIA
630 GLENARDEN ROAD
WINTER PARK, FL 32792

J2  EFAX SERVICES
6922 HOLLYWOOD BLVD, SUITE 500
LOS ANGELES, CA 90028

MOUSER ELECTRONICS, INC.
ATTN: CREDIT DEPT
PO BOX 99319
FORT WORTH, TX 76199

PREMIER DISPLAYS & EXHIBITS
11261 WARLAND DRIVE
CYPRESS, CA 90630

PRODUCT DEVELOPMENT SOLUTION
ATTN: MIKE BOSTER
1490 94TH LANE NE
MINNEAPOLIS, MN 55449

SILICON VALLEY BANK
3333 PEACHTREE RD NE STE M10
ATLANTA, GA 30326

VIDEO JOURNAL OF CATARACT &
1945 CEI DRIVE
CINCINNATI, OH 45242

PROFESSIONAL APPLICATION
ATTN: FRITZ MEISEL
BAHNHOFSTRASSE 1
90562 KALCHREUTH
GERMANY

SMITH TRANSPORTATION SERVICE
12717 W. SUNRISE BLVD
SUITE 420
FORT LAUDERDALE, FL 33323

QUICKPARTS
301 PERIMETER CENTER NORTH
SUITE 400
ATLANTA, GA 30346

SQUARE 1 PARTNERS, LLC
ATTN: LAUREN KANNER
1 WRIGLEY
IRVINE, CA 92618

RING CENTRAL
999 BAKER WAY, 5TH FLOOR
SAN MATEO, CA 94404

SS LASER CONSULTANCY LTD
ATTN: DR SHAW
20 FARQUHAR ROAD
EDGBASTON B15 3RB
UNITED KINGDOM

RS HUGHES CO.
4424-B SEABOARD ROAD
ORLANDO, FL 32808

STEPTOE & JOHNSON LLP
ATTN: GLEN P. BELVIS, ESQUIRE
115 SOUTH LASALLE STREET, SUITE 3100
CHICAGO, IL 60603

S4J MANUFACTURING SERVICES
ATTN: PHIL MULLAS
2685 NE 9TH AVE
CAPE CORAL, FL 33909

STERICYCLE, INC.
PO BOX 9001590
LOUISVILLE, KY 40290-1590

SAINT-GOBAIN PERFORMANCE PLA
ATTN: JUDY JACOBS
2316 WEST WISCONSIN
PORTAGE, WI 53901

TECHNICAL MAINTENANCE, INC.
PO BOX 76010
SAINT PETERSBURG, FL 33734

SALUS IRB
ATTN: NEBIAT YEMAM
2111 W BRAKER LN SUITE 400
AUSTIN, TX 78758

TOPCON EUROPE MEDICAL BV
PO BOX 145
2900 AC CAPELLE
NETHERLANDS

SCOTT DAVIDO
7343 W. SAND LAKE ROAD, NO. 447
ORLANDO, FL 32819

TRIUMVIRATE ENVIRONMENTAL
ATTN: ALBERT D. HARRELL
3701 SW 47TH AV, SUITE 109
FORT LAUDERDALE, FL 33314

SERVICE MASTER CLEAN
PO BOX 8081
LAKELAND, FL 33802

ULINE
2200 S. LAKESIDE DR.
WAUKEGAN, IL 60085

# United States Bankruptcy Court
## District of Delaware

In re    Lensar, Inc.                                    Case No.

                                               Debtor(s)      Chapter     11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Lensar, Inc.    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

```
Aisling Capital II, LP
Attn: Steve Elms
888 Seventh Avenue, 30th Floor
New York, NY 10106
```

☐ None [*Check if applicable*]

   12/16/2016

Date

Matthew G. Summers

Signature of Attorney or Litigant
Counsel for   Lensar, Inc.
Ballard Spahr LLP
919 N.Market Street, 11th Floor
Wilmington, DE 19801
302-252-4428 Fax:302-252-4466
summersm@ballardspahr.com