**Fill in this information to identify the case:**

Debtor name   Lensar, Inc.

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   16-12808 (MFW)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................   $   32,188.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................   $   40,444,756.57

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................   $   40,476,944.57

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $   59,055,891.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $   1,779,591.18

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$   668,527.36

4. **Total liabilities** ..........................................................................................
   Lines 2 + 3a + 3b

   $   61,504,009.54

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        Lensar, Inc.

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   16-12808 (MFW)

☐ Check if this is an
    amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | $298.20 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Silicon Valley Bank | Deposit Account | 3597 | $25,000.00 |
| 3.2. | Silicon Valley Bank | Deposit Sweep Account | 1866 | $878,363.59 |
| 3.3. | Silicon Valley Bank | Investment Sweep Account | 7000 | $25,000.00 |
| 3.4. | Silicon Valley Bank | Investment Account | 2762 | $875,520.68 |
| 3.5. | Silicon Valley Bank | Disbursement Account | 9672 | $341,013.49 |
| 3.6. | Silicon Valley Bank | Collateral Money Market Account | 7183 | $100,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  Lensar, Inc.  
Name

Case number *(If known)* 16-12808 (MFW)

| | | | |
|---|---|---|---|
| 3.7. | Silicon Valley Bank | Deposit Account | 7509 | $25,000.00 |
| 3.8. | Silicon  Valley Bank | Disbursement Account | 7490 | $16,746.37 |
| 3.9. | Silicon Valley Bank | Deposit Sweep Account | 0339 | $862.22 |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$2,287,804.55

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Security deposit with Challenger-Discovery, LLC, landlord | $37,655.00 |
| 7.2. | Security deposit with Duke Energy | $5,470.00 |
| 7.3. | Security deposit with SafeGuard World Int Limited | $12,130.00 |
| 7.4. | Security deposit with Saint-Gobain Performance | $66,250.00 |
| 7.5. | Security deposit with Ometer International | $5,210.00 |
| 7.6. | Security deposit with ASCRS | $30,600.00 |
| 7.7. | Retainer held by Ballard Spahr LLP | $250,000.00 |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Debtor     Lensar, Inc.
           _____          Case number *(If known)* 16-12808 (MFW)
           Name

8.1.  Prepayment to IMX Health, Inc.                                              $1,667.00

8.2.  Prepayment to AssurX, Inc.                                                  $7,114.00

8.3.  Prepayment to L&M Tech                                                      $2,562.00

8.4.  Prepayment  to Mathworks                                                    $1,786.00

8.5.  Prepayment to CDW                                                           $2,907.00

8.6.  Prepayment to BWIR                                                            $863.00

8.7.  Prepayment to Box, Inc.                                                     $1,170.00

8.8.  Prepayment to QAD Inc & On Demand Bundle                                   $16,751.00

8.9.  Prepayment to Radiant Zemax                                                   $150.00

9.   **Total of Part 2.**                                                      $442,285.00
     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**
      11a. 90 days old or less:        4,529,675.33      -          0.00  = ....     $4,529,675.33
                                    _____         _____
                                       face amount           doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                      $4,529,675.33
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Lensar, Inc.
          _____          Case number *(if known)* 16-12808 (MFW)
          Name

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** Raw Materials | 12/15/2016 | $2,802,636.10 | | $2,802,636.10 |
| 20. **Work in progress** Work in progress | 12/15/2016 | $498,352.72 | | $498,352.72 |
| 21. **Finished goods, including goods held for resale** Finished Goods | 12/15/2016 | $1,692,088.87 | | $1,692,088.87 |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                          | $4,993,077.69 |

    Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ■ Yes. Book value    146541    Valuation method    _____    Current Value    0

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| Debtor | Lensar, Inc. | Case number *(If known)* 16-12808 (MFW) |
|---|---|---|
| | Name | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Furniture & Fixtures See Attached Exhibit | $20,989.00 | | $20,989.00 |
| | leasehold Improvements See Attached Exhibit | $3,909.00 | | $3,909.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Computers & Peripherals See Attached Exhibit | $7,290.00 | | $7,290.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | $32,188.00 |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Manufacturing Equipment See Attached Exhibit | $28,220.00 | | $28,220.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Lensar, Inc. | | Case number *(If known)* 16-12808 (MFW) |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| Lensar Laser Systems | | | |
| See Attached Exhibit | $7,396,881.00 | | $7,396,881.00 |
| Topographers | | | |
| See Attached Exhibit | $143,979.00 | | $143,979.00 |
| R&D equipment | | | |
| See Attached Exhibit | $963,395.00 | | $963,395.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$8,532,475.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | (Where available) | | |
| 55.1.  Leasehold Inprovements | | | | |
| See Attached Exhibit | | $32,188.00 | | $32,188.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$32,188.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    Lensar, Inc.
       Name

Case number *(If known)* 16-12808 (MFW)

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Pending patent applications<br>Appl. No. 11/337,127<br>Publ. No. 20070173794<br>US | Unknown | | Unknown |
| System and Method for Providing the Shaped Structural Weakening of the Human Lens  with a Laser<br>Appl. No. 11/414,838<br>Patent No. 8,262,646 | Unknown | | Unknown |
| Allowed patent application<br>Appl. No. 12/217,285<br>Publ. No. 20100004643 | Unknown | | Unknown |
| System and Apparatus for Treating the Lens of an Eye<br>Appl. No. 11/414,819<br>Publ. No. 20070173795<br>Pat. No. 9,180,051 | Unknown | | Unknown |
| Pending patent applications<br>Appl. No. 12/217,295<br>Publ. No. 20100004641<br>US | Unknown | | Unknown |
| Pending patent applications<br>Appl. No. 14/874,325<br>Publication No.<br>US 2016-0030244<br>US | Unknown | | Unknown |
| System and Method for Providing Laser Shot Patterns to the Lens of an Eye<br>Appl. No. 12/842,870<br>Publ No. 2010/0292678<br>Patent No.  9,375,349 | Unknown | | Unknown |
| Liquid Filled Index Matching Device for Ophthalmic Laser Procedures<br>Appl. No. 12/509,021<br>Patent No. 8,500,723 | Unknown | | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   Lensar, Inc.
         _____     Case number (If known) 16-12808 (MFW)
         Name

Method and System for Removal and
Replacement of Lens Material From the
Lens of an Eye
Appl. No. 12/509,412
Patent No. 8,480,659                          Unknown                          Unknown

Method and System for Removal and
Replacement of Lens Material From the
Lens of an Eye
Appl. No. 13/681,004
Patent No. 8,708,491                          Unknown                          Unknown

Laser System and Method for
Correction of Induced Astigmatism
Appl. No. 12/831,859
Pub. No. 20110160711
Patent No. 8,617,146                          Unknown                          Unknown

Pending patent applications
Appl. No. 14/142,255
Pub. No. 2014- 0155874A1
US                                            Unknown                          Unknown

Pending patent applications
Appl. No. 12/840,818
Publ. No. 20110022035
US                                            Unknown                          Unknown

Laser System and Method for
Performing and Sealing Corneal
Incisions in the Eye
Appl. No. 12/831,783
Publ. No. 20110160710
Patent No. 8,758,332                          Unknown                          Unknown

Laser System and Method for
Astigmatic Corrections in Association
with Cataract Treatment
Appl. No. 12/831,845
Patent No. 8,382,745                          Unknown                          Unknown

System and Method for Performing
Ladar Assisted Procedures on  the
Lens of an Eye
Appl. No. 12/843,685
Patent No. 8,465,478
Reexamination Certificate 8,465,478
C1                                            Unknown                          Unknown

Purkinjie Image- Based Alignment of
Suction Ring in Ophthalmic
Applications
Appl. No. 13/017,702
Publ. No. 20110187995
Pat No. 8,556,425                             Unknown                          Unknown

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Lensar, Inc.                                                    Case number *(If known)* 16-12808 (MFW)
          Name

| | | |
|---|---|---|
| System and Method for Measuring and Correcting Astigmatism Using Laser Generated Corneal incisions<br>Appl. No. 13/427,130<br>Publ. No. 20120265181 | Unknown | Unknown |
| Pending patent applications<br>Appl. No. 13/427,149<br>Publ. No. 20120296321<br>US | Unknown | Unknown |
| Laser System for Treatment of the Eye<br>Appl. No. 29/377,018<br>Patent No. D695,408 | Unknown | Unknown |
| Laser System for Treatment of the Eye<br>Appl. No. 29/377,054<br>Patent No. D694,890 | Unknown | Unknown |
| System and Method of Laser Scan Controlled Illumination of Structures Within an Eye<br>Appl. No. 13/273,653<br>Patent. No. 8,801,186 | Unknown | Unknown |
| System and Method of Laser Scan Controlled Illumination of Structures Within an Eye<br>Appl. No. 14/335,187<br>Publ. No. 2015/0022779<br>Patent No. 9,271,645 | Unknown | Unknown |
| Pending patent applications<br>Appl. No. 15/013,360<br>Published - 8/4/2016,<br>Publication No. 2016-0220113<br>US | Unknown | Unknown |
| Pending patent applications<br>Appl. No. 13/435,103<br>Publ. No. 20120271286<br>US | Unknown | Unknown |
| Pending patent applications<br>Appl. No. 13/427,319<br>Publ. No. 20120330290<br>US | Unknown | Unknown |
| Pending patent applications<br>Appl. No. 14/728,760<br>Publication No. 2016-0081853<br>US | Unknown | Unknown |
| Pending patent applications<br>Appl. No. 14/444,311<br>Publ. No. 2015/0032091<br>US | Unknown | Unknown |

Debtor   Lensar, Inc.
　　　　 Name                                    Case number *(If known)* 16-12808 (MFW)

| | | |
|---|---|---|
| Pending patent applications<br>Appl. No. 14/444,339<br>Publication No. US 2015-0088175<br>US | Unknown | Unknown |
| Pending patent applications<br>Appln No. 14/444,366<br>Published 4/16/2015 Publication No.<br>US 2015-0105759 A1<br>US | Unknown | Unknown |
| Pending patent applications<br>Appl. No. 14/224,012<br>Publ. No. 2014/03278955<br>US | Unknown | Unknown |
| Pending patent applications<br>Appl. No. 15/130,845<br>Publication No. US 2016-0302971<br>US | Unknown | Unknown |
| Pending patent applications<br>Appl. No. PCT/US16/027980<br>PCT | Unknown | Unknown |
| Pending patent applications<br>Prov. Appl. No. 62/393,560<br>US | Unknown | Unknown |
| Pending patent applications<br>Prov. Appl. No. 62/319,728<br>US | Unknown | Unknown |
| Laser System and Method for:<br>Correction of Induced Astigmatism and<br>Astigmatic Correction in Association<br>with Cataract Treatment<br>Appl. No. PCT/US2010/041324<br>Publ. No. WO/2011/011205 | Unknown | Unknown |
| Pending patent applications<br>Appl. No. PCT/US2014/048471<br>PCT | Unknown | Unknown |
| Laser System and Method for:<br>Correction of Induced Astigmatism and<br>Astigmatic Correction in Association<br>with Cataract Treatment<br>Appl. No. 201080042338.3<br>Publ. No. 102625684A<br>Patent No. 201080042338.3<br>CN | Unknown | Unknown |

| Debtor | Lensar, Inc. | Case number *(If known)* 16-12808 (MFW) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| Laser System and Method for Performing and Sealing Corneal Incisions in the Eye<br>Appl. No. PCT/US2010/041286<br>Publ. No. WO/2011/011202<br>Completed<br>PCT | Unknown | Unknown |
| Laser System and Method for Performing and Sealing Corneal Incisions in the Eye<br>Appl. No. 201080042778.9<br>Publ. No. 102639088A<br>Patent No. 201080042778.9<br>CN | Unknown | Unknown |
| Laser System and Method for Performing and Sealing Corneal Incisions in the Eye<br>Appl. No. 10802654.3<br>Publ. No. EP2456400<br>EPO | Unknown | Unknown |
| Laser System for Treatment of the Eye<br>Appl. No. 11689/2011<br>Design Reg. No. 336555<br>AU | Unknown | Unknown |
| Laser System for Treatment of the Eye<br>Appl. No. 11690/2011<br>Design Reg. No. 336556<br>AU | Unknown | Unknown |
| Laser System for Treatment of the Eye<br>Appl. No. 140171<br>Design No. 140171<br>CA | Unknown | Unknown |
| Laser System for Treatment of the Eye<br>Appl. No. 142171<br>Design No. 142171<br>CA | Unknown | Unknown |
| Laser System for Treatment of the Eye<br>Appl. No. 201130076493.4<br>Design No. 201130076493.4<br>CN | Unknown | Unknown |
| Laser System for Treatment of the Eye<br>Appl. No. 001851445<br>RCD No. 001851445-0001<br>EPO | Unknown | Unknown |
| Laser System for Treatment of the Eye<br>Appl. No. 001851445<br>RCD No. 001851445-0002<br>EPO | Unknown | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    Lensar, Inc.        Case number *(If known)* 16-12808 (MFW)
Name

| | | |
|---|---|---|
| Laser System for Treatment of the Eye<br>Appl. No. 8725/2011<br>Patent No. 1427246<br>JP | Unknown | Unknown |
| Laser System for Treatment of the Eye<br>Appl. No. 8726/2011<br>Patent No. 1427247<br>JP | Unknown | Unknown |
| Liquid Holding Interface Device for<br>Ophthalmic Laser Procedures<br>Appl. No. PCT/US2010/042582<br>Publ. No. WO/2011/011400<br>PCT | Unknown | Unknown |
| Liquid Holding Interface Device for<br>Ophthalmic Laser Procedures<br>Appl. No. 201080041721.7<br>Publ. No. 102625685A<br>Patent Pub. No.  102625685B<br>CN | Unknown | Unknown |
| Liquid Holding Interface Device for<br>Ophthalmic Laser Procedures<br>Appl. No. 10802768.1<br>Patent No. EP2456402<br>EPO | Unknown | Unknown |
| Liquid Holding Interface Device for<br>Ophthalmic Laser Procedures<br>10802768.1<br>France | Unknown | Unknown |
| Liquid Holding Interface Device for<br>Ophthalmic Laser Procedures<br>10802768.1<br>Germany | Unknown | Unknown |
| Liquid Holding Interface Device for<br>Ophthalmic Laser Procedures<br>10802768.1<br>Italy | Unknown | Unknown |
| Liquid Holding Interface Device for<br>Ophthalmic Laser Procedures<br>10802768.1<br>United Kingdom | Unknown | Unknown |
| Placido Ring Measurement of<br>Astigmatism Axis and Laser Marking of<br>Astigmatism Axis<br>Appl. No. PCT/US2011/023117<br>Publ. No. WO/2011/094666<br>PCT | Unknown | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Lensar, Inc.
          _____        Case number *(if known)* 16-12808 (MFW)
          Name

| | | |
|---|---|---|
| Purkinjie Image- Based Alignment of Suction Ring in Ophthalmic Applications<br>Appl. No. PCT/US2011/023159<br>Publ. No. WO/2011/094678<br>PCT | Unknown | Unknown |
| Pending patent applications<br>Appl. No. 11737813.3<br>Publ. No. EP2531089<br>EPO | Unknown | Unknown |
| Pending patent applications<br>Appl. No. 13101560.3<br>HK | Unknown | Unknown |
| Servo Controlled Docking Force Device for Use in Ophthalmic Applications<br>Appl. No. PCT/US2011/022859<br>Publ. No. WO/2011/094493<br>PCT | Unknown | Unknown |
| System and Apparatus for Delivering a Laser Beam to the Lens of an Eye<br>Appl. No. PCT/US2007/001486<br>Publ. No. WO/2007/084694<br>Converted<br>PCT | Unknown | Unknown |
| System and Apparatus for Delivering a Laser Beam to the Lens of an Eye<br>Appl. No. 200780010007.X<br>Patent No. 200780010007.X<br>Publ. No.  10140495.1A<br>CN | Unknown | Unknown |
| System and Apparatus for Delivering a Laser Beam to the Lens of an Eye<br>Appl. No. 201110205299.0<br>Publ. No. 102335061A<br>CN | Unknown | Unknown |
| Pending patent applications<br>Appl. No. 07718259.0<br>Publ. No. EP1981426<br>EPO | Unknown | Unknown |
| System and Apparatus for Treating the Lens of an Eye<br>PCT/US2007/001262<br>Publ. No. WO/2007/084579<br>PCT | Unknown | Unknown |

Debtor    Lensar, Inc.          Case number *(If known)* 16-12808 (MFW)
_____
Name

| | | |
|---|---|---|
| System and Method for Correcting Astigmatism Using Multiple Paired Arcuate Laser Generated Corneal Incisions<br>Appl. No. PCT/US2012/030247<br>Publ. No. WO/2012/134979<br>PCT | Unknown | Unknown |
| System and Method for Correcting Astigmatism Using Multiple Paired Arcuate Laser Generated Corneal Incisions<br>Appln No. 201280014253.3<br>Pub. No. 103501687<br>CN | Unknown | Unknown |
| System and Method for Improving the Accommodative Amplitude and Increasing the Refractive Power of the Human Lens with a Laser<br>Appl. No. PCT/US2007/001353<br>Publ. No. WO/2007/084627<br>PCT | Unknown | Unknown |
| System and Method for Improving the Accommodative Amplitude and Increasing the Refractive Power of the Human Lens with a Laser<br>Appl. No. 200780009762.6<br>Patent No. 20078001007.X<br>CN | Unknown | Unknown |
| System and Method for Improving the Accommodative Amplitude and Increasing the Refractive Power of the Human Lens with a Laser<br>Appl. No. 201110314428X<br>Patent No. 201110314428X<br>CN | Unknown | Unknown |
| System and Method for Improving the Accommodative Amplitude and Increasing the Refractive Power of the Human Lens with a Laser<br>Appl. No. 201110314451.9<br>Patent No. 201110314451.9<br>CN | Unknown | Unknown |
| Pending patent applications<br>Appl. No. 07718200.4<br>Publ. No. EP1981454<br>EPO | Unknown | Unknown |
| System and Method for Laser Generated Corneal and Crystalline Lens Incisions Using a Variable F# optical System with Aspheric Contact Interface to the Cornea or Rotating and Adaptive Optics<br>Appl. No. PCT/US2012/031377<br>Publ. No. WO/2012/135579<br>PCT | Unknown | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Lensar, Inc.            Case number *(If known)* 16-12808 (MFW)
Name

Pending patent applications
Appl. No. 201280017513.2
Publ. No.  103974678
CN          Unknown          Unknown

Pending patent applications
Appl. No. 12765379.8
Publ. No. 2695016
EPO          Unknown          Unknown

System and Method for Measuring and
Correcting Astigmatism Using Laser
Generated Corneal Incisions
Appl. No. PCT/US2012/030059
Publ. No. WO/2012/134931
PCT          Unknown          Unknown

Pending patent applications
Appl. No. 201280015199.4
Publ. No. 103501686
CN          Unknown          Unknown

Pending patent applications
Appl. No. 12764966.3
Publ. No. 2688459
CN          Unknown          Unknown

System and Method for Measuring Tilt
in the Crystalline Lens for Laser
Phaco Fragmentation
Appl. No. PCT/US2012/030259
Publ. No. WO/2012/134986
PCT          Unknown          Unknown

Pending patent applications
Appln No. 201280015211.1
Publ. No.  103501720
CN          Unknown          Unknown

Pending patent applications
Appln No. 12764431.8
EPO          Unknown          Unknown

System and Method for Performing
Ladar Assisted Procedures on  the
Lens of an Eye
Appl. No. PCT/US2010/043255
Publ. No. WO/2011/011788
PCT          Unknown          Unknown

System and Method for Performing
Ladar Assisted Procedures on  the
Lens of an Eye
Appl. No. 201080042503.5
Publ. No. 102639078A
Patent Pub. No.  102639078B
CN          Unknown          Unknown

Debtor    Lensar, Inc.
          _____          Case number (If known) 16-12808 (MFW)
          Name

| | | |
|---|---|---|
| System and Method for Performing Ladar Assisted Procedures on the Lens of an Eye<br>Appl. No. 10803018.0<br>Publ. No. EP2456385<br>Grant 2456385<br>EPO | Unknown | Unknown |
| System and Method for Performing Ladar Assisted Procedures on the Lens of an Eye<br>National Validation of LR-9a EP<br>GB | Unknown | Unknown |
| System and Method for Performing Ladar Assisted Procedures on the Lens of an Eye<br>National Validation of LR-9a EP<br>FR | Unknown | Unknown |
| System and Method for Performing Ladar Assisted Procedures on the Lens of an Eye<br>National Validation of LR-9a EP<br>DE | Unknown | Unknown |
| System and Method for Providing Laser Shot Patterns to the Lens of an Eye<br>Appl. No. PCT/US2010/043117<br>Publ. No. WO/2011/011727<br>PCT | Unknown | Unknown |
| System and Method for Providing Laser Shot Patterns to the Lens of an Eye<br>Appl. No. 201080042744.X<br>Publ. No. 102647954A<br>Patent Pub. No. 102647954B<br>CN | Unknown | Unknown |
| Pending patent applications<br>Appl. No. 10802983.6<br>Publ. No. EP2456384<br>EPO | Unknown | Unknown |
| System and Method for Providing the Shaped Structural Weakening of the Human Lens with a Laser<br>PCT/US2007/001312<br>Publ. No. WO/2007/084602<br>PCT | Unknown | Unknown |
| System and Method for Providing the Shaped Structural Weakening of the Human Lens with a Laser<br>Appl. No. 201110314428.X<br>Publ. No. 102423274A<br>Patent No. 201110314428.X<br>CN | Unknown | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor     Lensar, Inc.
            Name                                       Case number *(If known)* 16-12808 (MFW)

| | | |
|---|---|---|
| System and Method for Providing the Shaped Structural Weakening of the Human Lens  with a Laser<br>Appl. No. 201110314451.9<br>Publ. No. 102423275A<br>Patent Pub. No. 102423275B<br>CN | Unknown | Unknown |
| System and Method of Scan Controlled Illumination of Structures Within an Eye<br>Appl. No. PCT/US2011/056279<br>Publ. No. WO/2012/051490<br>PCT | Unknown | Unknown |
| System and Method of Scan Controlled Illumination of Structures Within an Eye<br>Appl. No. 201180056915.9<br>Publ. No. CN103338692A<br>CN | Unknown | Unknown |
| Pending patent applications<br>Appl. No. 11833457.2<br>Publ. No. EP2627240<br>EPO | Unknown | Unknown |
| Pending patent applications<br>Appl. No. 201410425964.0<br>CN | Unknown | Unknown |
| Pending patent applications<br>Appl. No. 14182248.6<br>EPO | Unknown | Unknown |
| Pending patent applications<br>PCT/US2015/042381<br>PCT | Unknown | Unknown |
| Pending patent applications<br>Appl. No. 201410366682.8<br>CN | Unknown | Unknown |
| Pending patent applications<br>Appl. No. 14831847.0<br>Publ. No. EP 3027153<br>EPO | Unknown | Unknown |
| LENSAR Trademark<br>Serial No. 77/688,544<br>Reg. No. 3,887,090 | Unknown | Unknown |
| LENSAR CATARACT LASER WITH AUGMENTED REALITY<br>Serial No. 85/761,764 | Unknown | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor    Lensar, Inc.                                      Case number *(If known)* 16-12808 (MFW)
          Name

Lensar Trademark
Serial No. 85/761,756
Reg. No. 4,502,612                          Unknown                                Unknown

Lensar Trademark
Serial No. 85/761,764
Reg. No. 4,502,613                          Unknown                                Unknown

CLU CATARACT LASER UNIVERSITY
Serial No. 86/449,099
Reg. No. 4909761                            Unknown                                Unknown

STREAMLINE
Serial No. 86/563,388                       Unknown                                Unknown

CATARACT LASER UNIVERSITY
Serial No. 86/587,290
Reg. No. 4,797,108                          Unknown                                Unknown

INTELLIAXIS
Serial No. 86/737,820
Pending                                     Unknown                                Unknown

INTELLIAXIS - Brazil
910679746
2/25/2016                                   Unknown                                Unknown

INTELLIAXIS - Hong Kong
303696201
2/25/2016                                   Unknown                                Unknown

INTELLIAXIS - Int'l
Registration-Madrid Protocol Only
A0056877
2/24/2016                                   Unknown                                Unknown

INTELLIAXIS - Malaysia
2016001887
2/25/2016                                   Unknown                                Unknown

INTELLIAXIS - Taiwan
105010594
2/26/2016                                   Unknown                                Unknown

STREAMLINE - Brazil
909943931
9/3/2015                                    Unknown                                Unknown

STREAMLINE - Hong Kong
303517948
8/26/2015                                   Unknown                                Unknown

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   Lensar, Inc.                                              Case number *(If known)* 16-12808 (MFW)
         Name

| | | |
|---|---|---|
| STREAMLINE - WIPO Countries designated: EU,Int'l Registration-Madrid Protocol Only Switzerland, Turkey, China, the Philippines, India, Australia, New Zealand, Japan, Mexico and Russian Federation A0052708 8/25/2015 | Unknown | Unknown |
| STREAMLINE - Malaysia 2015009085 9/3/2015 | Unknown | Unknown |
| STREAMLINE - Taiwan Unfiled; awaiting filing with the priority documents | Unknown | Unknown |
| **61.** **Internet domain names and websites** www.lensar.com | Unknown | $0.00 |

**62.**   **Licenses, franchises, and royalties**

**63.**   **Customer lists, mailing lists, or other compilations**

**64.**   **Other intangibles, or intellectual property**

**65.**   **Goodwill**

**66.**   **Total of Part 10.**                                                                    $0.00
          Add lines 60 through 65. Copy the total to line 89.

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
          ☐ No
          ■ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
          ■ No
          ☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
          ■ No
          ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                                                          **Current value of debtor's interest**

**71.**   **Notes receivable**
          Description (include name of obligor)

**72.**   **Tax refunds and unused net operating losses (NOLs)**
          Description (for example, federal, state, local)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | Lensar, Inc. | Case number *(If known)* | 16-12808 (MFW) |
|---|---|---|---|
| | Name | | |

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| Interest in Customer Contracts | $19,627,251.00 |
|---|---|

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $19,627,251.00 |
|---|

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor    Lensar, Inc.
          Name

Case number *(If known)* 16-12808 (MFW)

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,287,804.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $442,285.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,529,675.33 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,993,077.69 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $32,188.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $8,532,475.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $32,188.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $19,627,251.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $40,444,756.57 | +91b. $32,188.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $40,476,944.57 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Lensar, Inc.

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   16-12808 (MFW)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | PDL BioPharma, Inc. | $59,008,126.00 | $0.00 |

Creditor's Name

Attn:  Nathan Kryszak
932 Southwood Blvd.
Incline Village, NV
89451

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Substantially all assets

Creditor's email address, if known

**Describe the lien**
Security Interest in Substantially
All Assets

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
Various

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | Silicon Valley Bank | $47,765.00 | $100,000.00 |

Creditor's Name

3333 Peachtree Rd NE
STE M10
Atlanta, GA 30326

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Silicon Valley Bank - Collateral
Money Market Account - Acct# 7183

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
Various

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    Lensar, Inc.                                    Case number (if know)    16-12808 (MFW)
          Name

■ No

☐ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative ☐ Unliquidated
priority.                               ☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $59,055,89
                                                                                                                       1.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Gibson, Dunn & Crutcher LLP<br>Attn: Jeffrey C. Krause &<br>Samuel A. Newman<br>333 South Grand Avenue<br>Los Angeles, CA 90071 | Line    2.1 | |

**Fill in this information to identify the case:**

Debtor name     Lensar, Inc.

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known)     16-12808 (MFW)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach he Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>ALARCON, JEAN-PIERRE<br>1207 JAYHIL DRIVE<br>MINNEOLA, FL 34715 | As of the petition filing date, he claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | ▆▆▆▆ | ▆▆▆▆ |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim:<br>Wages & Bonus |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address<br>ANDERSON, SCOTT<br>2427 BALFORN TOWER WAY<br>Winter Garden, FL 34787 | As of the petition filing date, he claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | ▆▆▆▆ | ▆▆▆▆ |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim:<br>Wages & Bonus |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

| 2.3 | Priority creditor's name and mailing address<br>Arizona Department of<br>Revenue<br>P.O. Box 29010<br>Phoenix, AZ 85038-9010 | As of the petition filing date, he claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,377.76 | $5,377.76 |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim:<br>Sales and use tax |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    31354                    Best Case Bankruptcy

| Debtor | Lensar, Inc. | Case number (if known) | 16-12808 (MFW) |
|---|---|---|---|
| | Name | | |

**2.4**

| Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | | |
|---|---|---|---|
| AYALA, JOSE<br>545 VALENCIA PLACE CIRCLE<br>Orlando, FL 32825 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | ▇▇▇▇ | ▇▇▇▇ |

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

**2.5**

| Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | | |
|---|---|---|---|
| BARRETT, JOSEPH<br>7316 FULCRUM AVENUE<br>Orlando, FL 32812 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | ▇▇▇▇ | ▇▇▇▇ |

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

**2.6**

| Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | | |
|---|---|---|---|
| BENTZ, ADRIANA<br>1101 KILLALOE TERRACE<br>CHULUOTA, FL 32766 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | ▇▇▇▇ | ▇▇▇▇ |

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

**2.7**

| Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | | |
|---|---|---|---|
| BROWNING, DANIEL<br>4115 BARNA AVENUE<br>Titusville, FL 32780 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | ▇▇▇▇ | ▇▇▇▇ |

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

**2.8**

| Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | | |
|---|---|---|---|
| California State Board of<br>Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,889.23 | $17,889.23 |

Date or dates debt was incurred

Basis for the claim:
Sales and use tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | Lensar, Inc. | Case number (if known) | 16-12808 (MFW) |
|---|---|---|---|
| | Name | | |

---

**2.9** | Priority creditor's name and mailing address
City of Flagstaff - Sales
Tax Division
211 West Aspen Avenue
Flagstaff, AZ 86001

As of the petition filing date,  he claim is:                    $523.72    $523.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Sales and use tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address
City of Phoenix - Finance
Department
Tax Division
200 W. Washington Street
Phoenix, AZ 85003

As of the petition filing date,  he claim is:                  $9,996.66    $9,996.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Sales and use tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.11** | Priority creditor's name and mailing address
City of Southgate
14400 Dix-Toledo
Southgate, MI 48195

As of the petition filing date,  he claim is:                  $2,063.72    $2,063.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Property tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address
City of Troy Treasurer's
Office
500 West Big Beaver Road
Troy, MI 48084

As of the petition filing date,  he claim is:                  $1,529.21    $1,529.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Property tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address
CONNAUGHTON, ALAN
12306 Regal Lily Lane
Orlando, FL 32878

As of the petition filing date,  he claim is:                  ███████    ███████
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Debtor    Lensar, Inc.
_____
          Name

Case number (if known)    16-12808 (MFW)
_____

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | ▆▆▆▆▆ | ▆▆▆▆▆ |
|---|---|---|---|---|

**2.14**

Priority creditor's name and mailing address
CORDEIRO, STEVEN
2865 OAK SHORE ROAD
Oviedo, FL 32766

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages & Bonus

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.15**

Priority creditor's name and mailing address
COYLE, RYAN
25 ROSE MORROW ROAD
Wintage, NJ 07461

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages & Bonus

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.16**

Priority creditor's name and mailing address
CRAWFORD, MATTHEW
451 SOUTHCROFT ROAD
Springfield, PA 19064

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages & Bonus

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.17**

Priority creditor's name and mailing address
CURTIS, NICHOLAS
2800 REGAL PINE TRAIL
Oviedo, FL 32766

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages & Bonus

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Lensar, Inc. | Case number (if known) | 16-12808 (MFW) |
|---|---|---|---|
| | Name | | |

---

**2.18** | Priority creditor's name and mailing address
DALLAS COUNTY TAX OFFICE
Attn: JOHN R. AMES, CTA
PO BOX 139066
Dallas, TX 75313

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,992.09       $12,992.09

Date or dates debt was incurred
10/14/2016

Basis for the claim:
Property Taxes

Last 4 digits of account number Various

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.19** | Priority creditor's name and mailing address
DANIELS, BRETT
18850 Pioneer Street
Bloomington, IL 61705

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.20** | Priority creditor's name and mailing address
Davidson, Cari
426 Mohave Terrace
Lake Mary, FL 32746

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.21** | Priority creditor's name and mailing address
DAVIS, BRENDA
2737 CARLISLE AVENUE
Orlando, FL 32826

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.22** | Priority creditor's name and mailing address
EKEMA, TRISHA
44775 DINELY DRIVE
Three Rivers, CA 93271

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Bonus

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Lensar, Inc. | Case number (if known) | 16-12808 (MFW) |
|---|---|---|---|
| | Name | | |

---

**2.23**

Priority creditor's name and mailing address
GALVEZ, CRYSTALYN
940 City Plaza Way
Oviedo, FL 32765

As of the petition filing date, he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.24**

Priority creditor's name and mailing address
GARCIA, YANITCIA
20333 MARLIN STREET
Orlando, FL 32833

As of the petition filing date, he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.25**

Priority creditor's name and mailing address
Gibb, Whitney
565 Brightstone Drive
Reynoldsburg, OH 43068

As of the petition filing date, he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.26**

Priority creditor's name and mailing address
GOESSEL, JEFFREY
1036 CADY CIRCLE
Titusville, FL 32780

As of the petition filing date, he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.27**

Priority creditor's name and mailing address
GRAY, GARY
12859 SHARP SHINED ST
Orlando, FL 32837

As of the petition filing date, he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Lensar, Inc.
_____    Case number (if known)    16-12808 (MFW)
             Name

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | ▮ | ▮ |
|------|--------|--------|---|---|
| | HARRIS, GARY<br>478 COUNTRY CLUB DRIVE<br>Longwood, FL 32750 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages & Bonus | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | ▮ | ▮ |
|------|--------|--------|---|---|
| | HINDERAKER, CHAD<br>3160 145TH STREET WEST<br>Rosemount, MN 55068 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages & Bonus | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | ▮ | ▮ |
|------|--------|--------|---|---|
| | HUGILL, SHANNON<br>5939 Winchester Isle Rd<br>Orlando, FL 32829 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages & Bonus | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $14,507.34 | $14,507.34 |
|------|--------|--------|---|---|
| | Illinois Department of<br>Revenue<br>P.O. Box 19013<br>Springfield, IL 62794 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Sales and use tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | Lensar, Inc. | Case number (if known) | 16-12808 (MFW) |
|---|---|---|---|
| | Name | | |

**2.32** Priority creditor's name and mailing address
Indiana Department of
Revenue
P.O. Box 7218
Indianapolis, IN 46207-7218

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$549.98    $549.98

Date or dates debt was incurred

Basis for the claim:
Sales and use tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.33** Priority creditor's name and mailing address
Joines, Hannah
1302 Dover Street
Southern Pines, NC 28387

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.34** Priority creditor's name and mailing address
LANGE, NATALIE
4918 LAKE MILLY DRIVE
Orlando, FL 32839

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.35** Priority creditor's name and mailing address
LEACH, KIMBERLY
1009 BRITTON ALLEY
Winter Garden, FL 34787

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.36** Priority creditor's name and mailing address
LEETH, JOHN
5601 OLD WILLOW COURT
Richmond, VA 23225

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Debtor    Lensar, Inc.
          _____
          Name

Case number (if known)    16-12808 (MFW)

---

**2.37**  Priority creditor's name and mailing address
LEWIS, DAVID
2018 MERION DRIVE
Orlando, FL 32826

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.38**  Priority creditor's name and mailing address
LIPSIT, GREG
208 WALTON HEATH DR
Orlando, FL 32828

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.39**  Priority creditor's name and mailing address
Louisiana Department of
Revenue
P.O. Box 5199
Baton Rouge, LA 70821

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$567.93    $567.93

Date or dates debt was incurred

Basis for the claim:
Sales and use tax

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.40**  Priority creditor's name and mailing address
LOUVIOT, GUILLAUME
1157 EAGLES WATCH TRAIL
Winter Springs, FL 32708

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.41**  Priority creditor's name and mailing address
Madeo, Dan
1164A E. Lugonia Avenue
Redlands, CA 92374

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Bonus

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   Lensar, Inc.
_____
         Name

Case number (if known)   16-12808 (MFW)
_____

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | ▇▇▇▇▇ | ▇▇▇▇▇ |
|------|---|---|---|---|

**2.42** | Priority creditor's name and mailing address
MARTIN, GLEN
2172 WESTBOURNE DRIVE
Oviedo, FL 32765

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.43** | Priority creditor's name and mailing address
MARTINSEN, MARY BETH
2371 Palm Harbor Drive
Palm Beach Gardens, FL
33410

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.44** | Priority creditor's name and mailing address
MEDINA, LEIGH
2079 VICTORIA FALLS DR
Orlando, FL 32824

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.45** | Priority creditor's name and mailing address
Meisenheimer, Diana
1919 E. Harrison Street
Gilbert, AZ 85295

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor  Lensar, Inc.
         _____        Case number (if known)  16-12808 (MFW)
         Name

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | ███████ | ███████ |
|---|---|---|---|---|

**2.46**
Priority creditor's name and mailing address
MERRYMAN, HEIDI
247 HOGAN COURT
Wilmington, NC 28412

As of the petition filing date, he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**2.47**
Priority creditor's name and mailing address
Michigan Department of
Treasury
P.O. Box 30778
Lansing, MI 48909

As of the petition filing date, he claim is:          $1,852.38     $1,852.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Sales and use tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
☑ No
☐ Yes

---

**2.48**
Priority creditor's name and mailing address
Minnesota Department of
Revenue
600 N. Robert Street
Saint Paul, MN 55101

As of the petition filing date, he claim is:          $4,214.02     $4,214.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Sales and use tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
☑ No
☐ Yes

---

**2.49**
Priority creditor's name and mailing address
MORLEY, DUSTIN
927 Brookview Lane
Rockledge, FL 32955

As of the petition filing date, he claim is:          ███████     ███████
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**2.50**
Priority creditor's name and mailing address
MOSCATO, MICHAEL
375 Hickory Springs Place
Debary, FL 32713

As of the petition filing date, he claim is:          ███████     ███████
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

Debtor  Lensar, Inc.
       _____
       Name

Case number (if known)  16-12808 (MFW)

---

**2.51**  Priority creditor's name and mailing address
MYERS, LAWRENCE
10398 STONE GLEN DRIVE
Orlando, FL 32825

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.52**  Priority creditor's name and mailing address
NEEDHAM, RACHAEL
711 LAKEVIEW DRIVE
Ocoee, FL 34761

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.53**  Priority creditor's name and mailing address
Nevada Department of
Taxation
2550 Paseo Verde, Suite 180
Henderson, NV 89074

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Sales and use tax

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

$3,984.95     $3,984.95

---

**2.54**  Priority creditor's name and mailing address
NEWTON JR., ARTHUR
2773 RAINBOW SPRINGS LANE
Orlando, FL 32828

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.55**  Priority creditor's name and mailing address
North Carolina Department
of Revenue
P.O. Box 25000
Raleigh, NC 27640

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Sales and use tax

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

$20,625.51     $20,625.51

---

| Debtor | Lensar, Inc. | Case number (if known) | 16-12808 (MFW) |
|---|---|---|---|
| | Name | | |

---

**2.56**

Priority creditor's name and mailing address
NY State Department of
Taxation
and Finance
P.O. Box 5300
Albany, NY 12205

As of the petition filing date, he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,120.14    $9,120.14

Date or dates debt was incurred

Basis for the claim:
Sales and use tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.57**

Priority creditor's name and mailing address
O'SUILLEABHAIN, DARA
9844 OSPREY LANDING DR
Orlando, FL 32832

As of the petition filing date, he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

███████    ███████

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.58**

Priority creditor's name and mailing address
Ohio Department of Taxation
P.O. Box 182215
Columbus, OH 43218

As of the petition filing date, he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,046.80    $1,046.80

Date or dates debt was incurred

Basis for the claim:
Sales and use tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.59**

Priority creditor's name and mailing address
Oklahoma County Treasurer
Attn: Jeanise Bilyeu
320 Robert S Kerr, RM 307
Oklahoma City, OK 73102

As of the petition filing date, he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,903.30    $2,903.30

Date or dates debt was incurred
10/18/2016

Basis for the claim:
Property Taxes

Last 4 digits of account number 2238

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

Debtor    Lensar, Inc.                                    Case number (if known)    16-12808 (MFW)
           Name

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $24,662.14 | $24,662.14 |

**2.60**

Priority creditor's name and mailing address
Oklahoma Tax Commission
2501 N. Lincoln Blvd.
Oklahoma City, OK 73194

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$24,662.14    $24,662.14

Date or dates debt was incurred

Basis for the claim:
Sales and use tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
☑ No
☐ Yes

---

**2.61**

Priority creditor's name and mailing address
PALMER, EDWARD
1006 HUNTINGTON COURT
Maitland, FL 32751

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

██████    ██████

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**2.62**

Priority creditor's name and mailing address
Parish of Rapides Sales and
Use Tax Dept
P.O. Box 671
Alexandria, LA 71309

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$741.18    $741.18

Date or dates debt was incurred

Basis for the claim:
Sales and use tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
☑ No
☐ Yes

---

**2.63**

Priority creditor's name and mailing address
PECK, KEITH
5224 Waterside Vista Lane
Saint Cloud, FL 34771

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

██████    ██████

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**2.64**

Priority creditor's name and mailing address
Pennsylvania Department of
Revenue
P.O. Box 280901
Harrisburg, PA 17128

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,804.76    $11,804.76

Date or dates debt was incurred

Basis for the claim:
Sales and use tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
☑ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  Lensar, Inc.
_____
      Name

Case number (if known)  16-12808 (MFW)

---

**2.65**

Priority creditor's name and mailing address
PETERSON, CATHRYN
3618 S. WEATHERED AVE.
Boise, ID 83706

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.66**

Priority creditor's name and mailing address
QUEZADA, NORMA
224 OLD BAY LANE
Kissimmee, FL 34743

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.67**

Priority creditor's name and mailing address
ROJAS, EDIEL
6628 Tanglewood Bay Drive
Apt. 914
Orlando, FL 32821

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.68**

Priority creditor's name and mailing address
ROSENBAUM, MICHAEL
18767 East Yale Street
Unit A
Aurora, CO 80013

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.69**

Priority creditor's name and mailing address
SHEEHAN, EDWARD
1212 Blackwater Pond Dr.
Orlando, FL 32828

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor   Lensar, Inc.
_____
Name

Case number (if known)   16-12808 (MFW)
_____

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | ▮ ▮ |
|---|---|---|---|

Priority creditor's name and mailing address
SMITH, GREGORY
3385 FOXWOOD DRIVE
Apopka, FL 32703

As of the petition filing date, he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.71**

Priority creditor's name and mailing address
State of Florida Department
of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399

As of the petition filing date, he claim is:   $9,787.03   $9,787.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Sales and use tax

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.72**

Priority creditor's name and mailing address
State of Hawaii Department
of Taxation
PO Box 259
Honolulu, HI 96809

As of the petition filing date, he claim is:   $995.67   $995.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Sales and use tax

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.73**

Priority creditor's name and mailing address
State of Louisiana - City
of Alexandria
P.O. Box 71
Alexandria, LA 71309

As of the petition filing date, he claim is:   $750.93   $750.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Property tax

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | Lensar, Inc. | | Case number (if known) | 16-12808 (MFW) |
|---|---|---|---|---|
| | Name | | | |

---

**2.74** | Priority creditor's name and mailing address
State of Louisiana - Parish
of Rapides
P.O. Box 1590
Alexandria, LA 71309

As of the petition filing date, he claim is:                     $3,125.81         $3,125.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Sales and use tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.75** | Priority creditor's name and mailing address
State of South Carolina
Dept of Revenue
P.O. Box 125
Columbia, SC 29214

As of the petition filing date, he claim is:                     $1,860.00         $1,860.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Sales and use tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.76** | Priority creditor's name and mailing address
STROBEL, JAMES
8190 WINDOVER WAY
Titusville, FL 32780

As of the petition filing date, he claim is:                     ██████████       ██████████
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.77** | Priority creditor's name and mailing address
Tennessee Department of
Revenue
500 Deaderick Street
Nashville, TN 37242

As of the petition filing date, he claim is:                     $24,781.74        $24,781.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Sales and use tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.78** | Priority creditor's name and mailing address
TEUMA, ERIC VALAS
1115 BALLYSHANNON PKWY
Orlando, FL 32828

As of the petition filing date, he claim is:                     ██████████       ██████████
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Debtor    Lensar, Inc.
       Name

Case number (if known)    16-12808 (MFW)

---

**2.79** | Priority creditor's name and mailing address
Texas Office of the
Comptroller
P.O. Box 13528, Capitol
Station
Austin, TX 78711

As of the petition filing date, he claim is:          $59,170.43          $59,170.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Sales and use tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.80** | Priority creditor's name and mailing address
Treasurer - Town of
Culpeper VA
400 S. Main Street, Suite
109
Culpeper, VA 22701

As of the petition filing date, he claim is:          $1,525.55          $1,525.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Property tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.81** | Priority creditor's name and mailing address
Virginia Department of
Taxation
P.O. Box 1115
Richmond, VA 23218

As of the petition filing date, he claim is:          $3,231.01          $3,231.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Sales and use tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.82** | Priority creditor's name and mailing address
ZAHN, STEVE
3212 BANCROFT BLVD
Orlando, FL 32833

As of the petition filing date, he claim is:          ██████          ██████
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.83** | Priority creditor's name and mailing address
ZINNAMOSCA, JOEL
4278 MEETING PLACE
Sanford, FL 32773

As of the petition filing date, he claim is:          ██████          ██████
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages & Bonus

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Debtor    Lensar, Inc.
_____
Name

Case number (if known)    16-12808 (MFW)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,610.00

All American Crating, Inc.
Attn: Michael Mitchell
1256 La Quinta Drive
Orlando, FL 32809

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/5/2016
**Last 4 digits of account number** ___

**Basis for the claim:** Inventory Supplier

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | | $2,130.84

Allied Electronics
7151 Jack Newell Blvd S.
Fort Worth, TX 76118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/17/2016
**Last 4 digits of account number** 9084

**Basis for the claim:** Inventory Parts

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | | $45.00

Aquapure
PO Box 2068
Orlando, FL 32802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/8/2016
**Last 4 digits of account number** 2127

**Basis for the claim:** Office Supplies

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | | $13,651.00

Armstrong Mold Corporation
Attn: Mike Gemelli
6910 Manlius Center Road
East Syracuse, NY 13057

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** 3/20/2015
**Last 4 digits of account number** 844

**Basis for the claim:** Invenotry

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | | $315.91

AT&T
PO Box 5019
Carol Stream, IL 60197-5019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/8/2016
**Last 4 digits of account number** 3149

**Basis for the claim:** Utility - Phone Service

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | | $1,271.42

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/4/2016
**Last 4 digits of account number** 4755

**Basis for the claim:** Utility - Phone Service

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | | $3,221.22

Avnet
PO Box 84772
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** Supplier

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  Lensar, Inc.
        _____
        Name

Case number (if known)  16-12808 (MFW)

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.61 |

**3.8** Nonpriority creditor's name and mailing address
Binder USA
3903 Calle Tecate
Camarillo, CA 93012

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier

Is the claim subject to offset? ☑ No ☐ Yes

$140.61

---

**3.9** Nonpriority creditor's name and mailing address
Brighthouse Networks
PO Box 30574
Tampa, FL 33630-3574

Date(s) debt was incurred  12/12/2016
Last 4 digits of account number  4377

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility - Internet Service

Is the claim subject to offset? ☑ No ☐ Yes

$274.26

---

**3.10** Nonpriority creditor's name and mailing address
Cablestogo.com
Attn: Amy Bennington
3555 Kettering Blvd.
Dayton, OH 45439

Date(s) debt was incurred  11/18/2016
Last 4 digits of account number  7035

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Inventory Parts

Is the claim subject to offset? ☑ No ☐ Yes

$64.89

---

**3.11** Nonpriority creditor's name and mailing address
Capital Office Products
210 Fentress Blvd
Daytona Beach, FL 32114

Date(s) debt was incurred  11/30/2016
Last 4 digits of account number  7831

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Office Supplies

Is the claim subject to offset? ☑ No ☐ Yes

$164.81

---

**3.12** Nonpriority creditor's name and mailing address
Casa Sierra Farm
6712 SR 674 East
Wimauma, FL 33598

Date(s) debt was incurred  Various
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Critical Supplier

Is the claim subject to offset? ☑ No ☐ Yes

$800.00

---

**3.13** Nonpriority creditor's name and mailing address
Classic Controls, Inc.
P.O. Box 6187
Lakeland, FL 33807

Date(s) debt was incurred  11/23/2016
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Inventory Supplier

Is the claim subject to offset? ☑ No ☐ Yes

$5,927.14

---

**3.14** Nonpriority creditor's name and mailing address
Coca Cola Refreshments
Attn:  Ray Newsome
521 Lake Kathy Drive
Brandon, FL 33510

Date(s) debt was incurred  12/6/2016
Last 4 digits of account number  6351

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Office Supplies

Is the claim subject to offset? ☑ No ☐ Yes

$138.03

---

**3.15** Nonpriority creditor's name and mailing address
Coherent, Inc.
Attn: Loretta Austin
5100 Patrick Henry Drive
Santa Clara, CA 95054

Date(s) debt was incurred  Various
Last 4 digits of account number  1361

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Inventory Supplier

Is the claim subject to offset? ☑ No ☐ Yes

$277,605.58

---

Debtor    Lensar, Inc.    Case number (if known)    16-12808 (MFW)
                Name

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,040.61 |

**Nonpriority creditor's name and mailing address**
Concur Technologies, Inc.
18400 NE Union Hill Road
Redmond, WA 98052

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,040.61

**Date(s) debt was incurred** 12/1/2016
**Last 4 digits of account number** 1494

**Basis for the claim:** Software Service

Is the claim subject to offset? ☑ No ☐ Yes

---

3.17
**Nonpriority creditor's name and mailing address**
Connection
Noela Thebodeau
PO Box 536472
Pittsburgh, PA 15253

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,581.86

**Date(s) debt was incurred** Various
**Last 4 digits of account number** 6100

**Basis for the claim:** Inventory Supplier

Is the claim subject to offset? ☑ No ☐ Yes

---

3.18
**Nonpriority creditor's name and mailing address**
DEX Imaging
5109 West Lemon Street
Tampa, FL 33609

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$161.78

**Date(s) debt was incurred** Various
**Last 4 digits of account number** 7283

**Basis for the claim:** Office Supplies

Is the claim subject to offset? ☑ No ☐ Yes

---

3.19
**Nonpriority creditor's name and mailing address**
Digi-Key Corp.
Attn: Kim Gilbert
701 Brooks Avenue South
P. O. Box 677
Thief River Falls, MN 56701

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,171.68

**Date(s) debt was incurred** 11/23/2016
**Last 4 digits of account number** 3691

**Basis for the claim:** Inventory Supplier

Is the claim subject to offset? ☑ No ☐ Yes

---

3.20
**Nonpriority creditor's name and mailing address**
Duke Energy
PO Box 33199
Saint Petersburg, FL 33733

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,772.26

**Date(s) debt was incurred** 11/14/2016
**Last 4 digits of account number** Various

**Basis for the claim:** Utilities

Is the claim subject to offset? ☑ No ☐ Yes

---

3.21
**Nonpriority creditor's name and mailing address**
Electronic/Fasteners, Inc.
Attn: Patty Dunn
277 Power Court
Sanford, FL 32771

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$172.89

**Date(s) debt was incurred** 12/12/2016
**Last 4 digits of account number** 1144

**Basis for the claim:** Inventory Supplier

Is the claim subject to offset? ☑ No ☐ Yes

---

3.22
**Nonpriority creditor's name and mailing address**
ENGAGED COMMUNICATION
43 SNOW BUSH
Ladera Ranch, CA 92694

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,500.00

**Date(s) debt was incurred** 12/4/2016
**Last 4 digits of account number** ___

**Basis for the claim:** Marketing Consultant

Is the claim subject to offset? ☑ No ☐ Yes

---

3.23
**Nonpriority creditor's name and mailing address**
Fedex
PO Box 660481
Dallas, TX 75266

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,616.00

**Date(s) debt was incurred** Various
**Last 4 digits of account number** 9208

**Basis for the claim:** Freight

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  __Lensar, Inc._____     Case number (if known)  __16-12808 (MFW)__
Name

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $131.49 |
|---|---|---|---|

FedEx Freight
Dept CH
PO Box 10306
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $102.09 |
|---|---|---|---|

Fiber Optic Center
23 Centre Street
New Bedford, MA 02740

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __11/17/2016__

**Basis for the claim:** __Inventory Supplier__

**Last 4 digits of account number** __3491__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $339.53 |
|---|---|---|---|

Fisher Scientific
3970 Johns Creek Court
Suwanee, GA 30024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __11/18/2016__

**Basis for the claim:** __Inventory Supplier__

**Last 4 digits of account number** __4998__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18,000.00 |
|---|---|---|---|

Glasser, Adrian
University of Houston
4901 Calhoun Rd
Houston, TX 77004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Various__

**Basis for the claim:** __Consultant__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $156.38 |
|---|---|---|---|

Homewood Suites
3028 N. Alafaya Trail
Orlando, FL 32826

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Lodging__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $138.75 |
|---|---|---|---|

L-Com
PO Box 55758
Boston, MA 02205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Supplier__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,550.50 |
|---|---|---|---|

Lens Dynamics, Inc.
Attn: Kathy Vaske
3901E N.E. 33rd Terrace
Kansas City, MO 64117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __11/29/2016__

**Basis for the claim:** __Inventory Supplier__

**Last 4 digits of account number** __3841__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23,250.00 |
|---|---|---|---|

Mark Packer MD Consulting
Attn: Mark Packer
6158 Mt Philo Rd
Charlotte, VT 05445

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __11/2/2016 - 11/28/2016__

**Basis for the claim:** __Consultant__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   Lensar, Inc.                                            Case number (if known)   16-12808 (MFW)
_____
Name

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $303.53 |
|---|---|---|---|

Massey Services of Orlando
3210 Clay Ave, Suite D
Orlando, FL 32804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Maintenance

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $383.52 |
|---|---|---|---|

McMaster Carr
PO Box 7690
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Various

**Basis for the claim:**  Inventory Supplier

**Last 4 digits of account number**  3200

Is the claim subject to offset? ☑ No ☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $129.61 |
|---|---|---|---|

Mouser Electronics, Inc.
Attn: Credit Dept
PO Box 99319
Fort Worth, TX 76199

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Various

**Basis for the claim:**  Inventory Supplier

**Last 4 digits of account number**  2216

Is the claim subject to offset? ☑ No ☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,820.00 |
|---|---|---|---|

NAMSA
Attn: Jacob Velosky
6750 Wales Road
Northwood, OH 43619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  11/15/2016

**Basis for the claim:**  Inventory Supplier

**Last 4 digits of account number**  5804

Is the claim subject to offset? ☑ No ☐ Yes

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $127,040.00 |
|---|---|---|---|

NASP
Attn: F. Bonanni
19 Park Drive
Franklin, NJ 07416

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Various

**Basis for the claim:**  Critical Inventory Supplier

**Last 4 digits of account number**  N001

Is the claim subject to offset? ☑ No ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,296.50 |
|---|---|---|---|

Nelson Laboratories
6280 South Redwood Road
Salt Lake City, UT 84123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Supplier

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $80.86 |
|---|---|---|---|

Newport Corporation
1791 Deer Avenue
Irvine, CA 92606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/3/2016

**Basis for the claim:**  Inventory Supplier

**Last 4 digits of account number**  3537

Is the claim subject to offset? ☑ No ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $179.57 |
|---|---|---|---|

nexAir, LLC / Praxair
403 Zell Drive
Orlando, FL 32824

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Various

**Basis for the claim:**  Inventory Supplier

**Last 4 digits of account number**  8622

Is the claim subject to offset? ☑ No ☐ Yes

Debtor  **Lensar, Inc.**
         _____
         Name

Case number (if known)  __16-12808 (MFW)__

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $500.00
Ophir-Spiricon
3050 North 300 West
Logan, UT 84341
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __12/5/2016__
**Last 4 digits of account number** __3537__

**Basis for the claim:** __Calibration of Parts__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $175.00
Organized Jungle
P.O. Box 126
Winter Park, FL 32790
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __12/13/2016__
**Last 4 digits of account number** ___

**Basis for the claim:** __Office Supplies__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $201.10
Pepsi Beverages Company
1700 Directors Row
Orlando, FL 32809
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __12/5/2016__
**Last 4 digits of account number** __0285__

**Basis for the claim:** __Office Supplies__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $72,669.22
Premier Displays & Exhibits
11261 Warland Drive
Cypress, CA 90630
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Various__
**Last 4 digits of account number** ___

**Basis for the claim:** __Marketing - Trade Shows__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,140.00
Product Development Solution
Attn: Mike Boster
1490 94th Lane NE
Minneapolis, MN 55449
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __11/30/2016__
**Last 4 digits of account number** ___

**Basis for the claim:** __Inventory Supplier__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $19,927.45
Professional Application
Attn: Fritz Meisel
Bahnhofstrasse 1
90562 Kalchreuth
GERMANY
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __11/1/2016  - 11/30/2016__
**Last 4 digits of account number** ___

**Basis for the claim:** __Consultant__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $77.00
Quickparts
301 Perimeter Center North
Suite 400
Atlanta, GA 30346
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __12/1/2016__
**Last 4 digits of account number** __J927__

**Basis for the claim:** __Supplies__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,667.00
SafeGuard World Int. Ltd
24-25 Edwin Foden Business Centre
Sandbeach, Cheshire  CW11 3AE
United Kingdom
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** __International Employees__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Lensar, Inc.**                                          Case number (if known)  16-12808 (MFW)
          Name

---

**3.48**

**Nonpriority creditor's name and mailing address**
Saint-Gobain Performance Pla
Attn: Judy Jacobs
2316 West Wisconsin
Portage, WI 53901

Date(s) debt was incurred  __Various__
Last 4 digits of account number  __0329__

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Inventory Supplier__

Is the claim subject to offset?  ☑ No  ☐ Yes

$7,321.10

---

**3.49**

**Nonpriority creditor's name and mailing address**
Service Master Clean
PO Box 8081
Lakeland, FL 33802

Date(s) debt was incurred  __Various__
Last 4 digits of account number  __N001__

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Janitorial Service__

Is the claim subject to offset?  ☑ No  ☐ Yes

$3,745.42

---

**3.50**

**Nonpriority creditor's name and mailing address**
Shred-It USA LLC
P.O. Box 13574
New York, NY 10087

Date(s) debt was incurred  __12/7/2016__
Last 4 digits of account number  __1235__

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Supplies__

Is the claim subject to offset?  ☑ No  ☐ Yes

$120.90

---

**3.51**

**Nonpriority creditor's name and mailing address**
Smith Transportation Service
12717 W. Sunrise Blvd
Suite 420
Fort Lauderdale, FL 33323

Date(s) debt was incurred  __Various__
Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Freight__

Is the claim subject to offset?  ☑ No  ☐ Yes

$1,640.00

---

**3.52**

**Nonpriority creditor's name and mailing address**
Square 1 Partners, LLC
Attn: Lauren Kanner
1 Wrigley
Irvine, CA 92618

Date(s) debt was incurred  __Various__
Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Consultant__

Is the claim subject to offset?  ☑ No  ☐ Yes

$6,426.10

---

**3.53**

**Nonpriority creditor's name and mailing address**
SS Laser Consultancy Ltd
Attn: Dr Shaw
20 Farquhar Road
Edgbaston B15 3RB
UNITED KINGDOM

Date(s) debt was incurred  __8/30/2016__
Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Consultant__

Is the claim subject to offset?  ☑ No  ☐ Yes

$1,500.00

---

**3.54**

**Nonpriority creditor's name and mailing address**
Steptoe & Johnson LLP
Attn: Glen P. Belvis, Esquire
115 South LaSalle Street, Suite
3100
Chicago, IL 60603

Date(s) debt was incurred  __11/30/2016__
Last 4 digits of account number  __2425__

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Legal__

Is the claim subject to offset?  ☑ No  ☐ Yes

$8,904.49

---

**3.55**

**Nonpriority creditor's name and mailing address**
Stericycle, Inc.
PO Box 9001590
Louisville, KY 40290-1590

Date(s) debt was incurred  __10/27/2016__
Last 4 digits of account number  __J119__

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Supplies__

Is the claim subject to offset?  ☑ No  ☐ Yes

$236.71

---

| Debtor | Lensar, Inc. | Case number (if known) | 16-12808 (MFW) |
|---|---|---|---|
| | Name | | |

---

**3.56** | **Nonpriority creditor's name and mailing address**
Steris Isomedix Solutions
2072 Southport Road
Spartanburg, SC 29306

Date(s) debt was incurred  11/28/2016

Last 4 digits of account number  2027

**As of the petition filing date, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Inventory Supplier

Is the claim subject to offset? ☑ No ☐ Yes

$1,547.14

---

**3.57** | **Nonpriority creditor's name and mailing address**
Strategic Information Group
1953 San Elijo Ave, Suite 201
Cardiff by the Sea, CA 92007

Date(s) debt was
incurred  12/6/2016 - 12/10/2016

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Finance Software Consultant

Is the claim subject to offset? ☑ No ☐ Yes

$1,137.50

---

**3.58** | **Nonpriority creditor's name and mailing address**
Technical Maintenance, Inc.
PO Box 76010
Saint Petersburg, FL 33734

Date(s) debt was incurred  Various

Last 4 digits of account number  NSAR

**As of the petition filing date, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Parts Calibration

Is the claim subject to offset? ☑ No ☐ Yes

$1,608.55

---

**3.59** | **Nonpriority creditor's name and mailing address**
TOPCON Europe Medical BV
PO Box 145
2900 AC Capelle
NETHERLANDS

Date(s) debt was incurred  Various

Last 4 digits of account number  2957

**As of the petition filing date, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Travel Expenses

Is the claim subject to offset? ☑ No ☐ Yes

$6,882.90

---

**3.60** | **Nonpriority creditor's name and mailing address**
ULINE
2200 S. Lakeside Dr.
Waukegan, IL 60085

Date(s) debt was incurred  12/7/2016

Last 4 digits of account number  8931

**As of the petition filing date, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Inventory Supplies

Is the claim subject to offset? ☑ No ☐ Yes

$212.91

---

**3.61** | **Nonpriority creditor's name and mailing address**
Universal Air Filter
1624 Sauget Industrial Pkwy
East Saint Louis, IL 62206

Date(s) debt was incurred  12/8/2016

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Inventory Supplies

Is the claim subject to offset? ☑ No ☐ Yes

$2,529.71

---

**3.62** | **Nonpriority creditor's name and mailing address**
UPS
P.O. Box 7247-0244
Philadelphia, PA 19170

Date(s) debt was incurred  12/10/2016

Last 4 digits of account number  6961

**As of the petition filing date, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Freight

Is the claim subject to offset? ☑ No ☐ Yes

$77.04

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

---

Debtor    Lensar, Inc.
       Name

Case number (if known)    16-12808 (MFW)

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 1,779,591.18 |
| **5b. Total claims from Part 2** | 5b. + $ | 668,527.36 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 2,448,118.54 |

**Fill in this information to identify the case:**

Debtor name    Lensar, Inc.

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    16-12808 (MFW)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
        ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
        ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property*
        (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest ████████ | |
| State the term remaining | ████████████████ |
| List the contract number of any government contract _____ | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest ███████ | |
| State the term remaining | ██████████ |
| List the contract number of any government contract _____ | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest    Supplemental Insurance | |
| State the term remaining | Aflac |
| List the contract number of any government contract _____ | 1932 Wynnton Road Columbus, GA 31999 |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest ████████ | |
| State the term remaining | ████████████ |
| List the contract number of any government contract _____ | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  Lensar, Inc.
          _____
          First Name      Middle Name      Last Name

Case number *(if known)*  16-12808 (MFW)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest



State the term remaining

List the contract number of any government contract



---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest



State the term remaining

List the contract number of any government contract



---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

IT (Develop Apps)

State the term remaining

List the contract number of any government contract

Apple
Apple Developer Program Licensing,
Apple, Inc. Software Products Legal
1 Infinite Loop MS 169-41
Cupertino, CA 95014

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest



State the term remaining

List the contract number of any government contract



---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest



State the term remaining

List the contract number of any government contract



---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

IT (Catsweb)

State the term remaining

List the contract number of any

AssurX, Inc.
18525 Sutter Blvd
Morgan Hill, CA 95037

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   Lensar, Inc.
_____
First Name      Middle Name      Last Name

Case number (if known)   16-12808 (MFW)
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | IT (Internet) |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | AT&T Corp.<br>101 Greenwood Blvd.<br>Lake Mary, FL 32746 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | IT (Cell Phone) |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | AT&T Mobility National Accounts LLC<br>PO Box 97061<br>Redmond, WA 98073 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | ██████████ |
|---|---|---|
| | State the term remaining | ████████████████ |
| | List the contract number of any government contract | ████████ |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | █████ |
|---|---|---|
| | State the term remaining | ███████████ |
| | List the contract number of any government contract | ██████ |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | ██████ |
|---|---|---|
| | State the term remaining | ████████████ |
| | List the contract number of any government contract | ████ |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | IT (Cloud Service) |
|---|---|---|
| | | Box, Inc.<br>4440 El Camino Real<br>Los Altos, CA 94022 |

Debtor 1 Lensar, Inc.
First Name        Middle Name        Last Name

Case number (*if known*)  16-12808 (MFW)

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

_____

2.17.  State what the contract or lease is for and the nature of the debtor's interest

███████████████

State the term remaining

List the contract number of any government contract

_____

2.18.  State what the contract or lease is for and the nature of the debtor's interest

IT (Back-up Internet)

State the term remaining

List the contract number of any government contract

_____

Bright House Networks, LLC
65 S Keller Rd, Orlando
Orlando, FL 32810

2.19.  State what the contract or lease is for and the nature of the debtor's interest

█████████

State the term remaining

List the contract number of any government contract

_____

2.20.  State what the contract or lease is for and the nature of the debtor's interest

██████████████

State the term remaining

List the contract number of any government contract

_____

2.21.  State what the contract or lease is for and the nature of the debtor's interest

██████████████

State the term remaining

List the contract number of any government contract

_____

Debtor 1   Lensar, Inc.
           First Name        Middle Name        Last Name

Case number (if known)   16-12808 (MFW)

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest |  |
|---|---|---|
| | State the term remaining |  |
| | List the contract number of any government contract | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Industrial Real Estate Lease dated July 30, 2010, as amended by First Amendment to Lease dated March 15, 2016 |
|---|---|---|
| | State the term remaining | 4 years and 6 months |
| | List the contract number of any government contract | Challenger-Discovery, LLC c/o Marcent Development Company, Inc. 5401 South Kirkman Road, Suite 650 Orlando, FL 32819 |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | IT (webex) |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Cisco Systems, Inc. 170 Tasman Drive San Jose, CA 95134 |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest |  |
|---|---|---|
| | State the term remaining |  |
| | List the contract number of any government contract | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest |  |
|---|---|---|
| | State the term remaining |  |
| | List the contract number of any government contract | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Supplier |
|---|---|---|
| | State the term remaining | Cogmedix, Inc. 17 Briden Street Worcester, MA 01605 |

Debtor 1   Lensar, Inc.
       First Name        Middle Name      Last Name           Case number *(if known)*   16-12808 (MFW)

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Supplier |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Coherent, Inc.<br>5100 Patrick Henry Drive<br>Santa Clara, CA 95054 |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | ▮▮▮▮▮ |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | ▮▮▮▮▮ |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | IT (Expense Reimbursement System) |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Concur Technologies, Inc.<br>18400 N.E. Union Road<br>Redmond, WA 98052 |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | ▮▮▮▮▮ |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | ▮▮▮▮▮ |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | ▮▮▮▮▮ |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | ▮▮▮▮▮ |

Debtor 1  Lensar, Inc.
    First Name     Middle Name     Last Name

Case number *(if known)*  16-12808 (MFW)

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.33.** State what the contract or lease is for and the nature of the debtor's interest 

State the term remaining

List the contract number of any government contract



---

**2.34.** State what the contract or lease is for and the nature of the debtor's interest — IT (R& D Software)

State the term remaining

List the contract number of any government contract

Dassault Systemes Solidworks Corporation
175 Wyman Street
Waltham, MA 02451

---

**2.35.** State what the contract or lease is for and the nature of the debtor's interest — Vendor (Notified Body for CE Mark)

State the term remaining

List the contract number of any government contract

DEKRA Certification B.V.
4377 County Line Road, Suite 202
Chalfont, PA 18914

---

**2.36.** State what the contract or lease is for and the nature of the debtor's interest 

State the term remaining

List the contract number of any government contract



---

**2.37.** State what the contract or lease is for and the nature of the debtor's interest — IT (copier maintenance & lease)

State the term remaining

List the contract number of any government contract

DEX Imaging
5109 W. Lemon Street
Tampa, FL 33609

---

**2.38.** State what the contract or lease is for and the nature of the debtor's interest 

State the term remaining

List the contract number of any



Debtor 1    Lensar, Inc.
          First Name          Middle Name          Last Name

Case number *(if known)*    16-12808 (MFW)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

**2.39.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.40.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.41.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.42.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.43.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.44.** State what the contract or lease is for and the nature of the debtor's interest

Debtor 1  Lensar, Inc.
    First Name      Middle Name      Last Name

Case number *(if known)*  16-12808 (MFW)

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract _____

---

2.45. State what the contract or ██████████
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any ████████████████
government contract _____

---

2.46. State what the contract or ██████████
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any ████████████████
government contract _____

---

2.47. State what the contract or ██████████
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any ████████████████
government contract _____

---

2.48. State what the contract or ██████████
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any ████████████████
government contract _____

---

2.49. State what the contract or Facility (Coffee)
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any FilterFresh
government contract _____ 4333 Silver Star Road
Orlando, FL 32808

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   Lensar, Inc.
      First Name        Middle Name        Last Name

Case number *(if known)*   16-12808 (MFW)



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.50.** State what the contract or lease is for and the nature of the debtor's interest



State the term remaining

List the contract number of any government contract



---

**2.51.** State what the contract or lease is for and the nature of the debtor's interest

Health Insurance

State the term remaining

List the contract number of any government contract

Florida Blue
P.O. Box 1798
Jacksonville, FL 32231

---

**2.52.** State what the contract or lease is for and the nature of the debtor's interest



State the term remaining

List the contract number of any government contract



---

**2.53.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2.54.** State what the contract or lease is for and the nature of the debtor's interest

IT (Security Certificates)

State the term remaining

List the contract number of any government contract

Godaddy
Attn: Legal Dept.
14455 North Hayden Road, Suite 219
Scottsdale, AZ 85260

---

**2.55.** State what the contract or lease is for and the nature of the debtor's interest

IT (Sunshine Reporting)

State the term remaining

List the contract number of any





Grace Data
d/b/a Healthcare Data Solutions
26741 Portola Parkway, Suite 1E-646
Foothill Ranch, CA 92610

---

Debtor 1  Lensar, Inc.

First Name          Middle Name          Last Name

Case number *(if known)*  16-12808 (MFW)

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.56.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.57.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.58.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.59.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.60.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.61.** State what the contract or lease is for and the nature of the debtor's interest

Debtor 1  Lensar, Inc.
      First Name     Middle Name     Last Name

Case number *(if known)*  16-12808 (MFW)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

---

**2.62.** State what the contract or lease is for and the nature of the debtor's interest ▮▮▮▮▮▮▮

State the term remaining

List the contract number of any government contract ▮▮▮▮▮▮

---

**2.63.** State what the contract or lease is for and the nature of the debtor's interest — Vendor (document storage)

State the term remaining

List the contract number of any government contract

Iron Mountain
PO Box 27128
New York, NY 10087-7128

---

**2.64.** State what the contract or lease is for and the nature of the debtor's interest ▮▮▮▮

State the term remaining

List the contract number of any government contract ▮▮▮▮▮

---

**2.65.** State what the contract or lease is for and the nature of the debtor's interest — Vendor (gamma radiation processing)

State the term remaining

List the contract number of any government contract

Isomedix Operations Inc.
2072 Southport Road
Whippany, NJ 07981

---

**2.66.** State what the contract or lease is for and the nature of the debtor's interest ▮▮▮▮

State the term remaining

List the contract number of any government contract ▮▮▮▮▮

---

Debtor 1    Lensar, Inc.
    First Name       Middle Name      Last Name

Case number *(if known)*  16-12808 (MFW)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.67.** State what the contract or lease is for and the nature of the debtor's interest ▮

    State the term remaining

    List the contract number of any government contract

**2.68.** State what the contract or lease is for and the nature of the debtor's interest ▮

    State the term remaining

    List the contract number of any government contract

**2.69.** State what the contract or lease is for and the nature of the debtor's interest ▮

    State the term remaining

    List the contract number of any government contract

**2.70.** State what the contract or lease is for and the nature of the debtor's interest ▮

    State the term remaining

    List the contract number of any government contract

**2.71.** State what the contract or lease is for and the nature of the debtor's interest ▮

    State the term remaining

    List the contract number of any government contract

**2.72.** State what the contract or lease is for and the nature of the debtor's interest ▮

    State the term remaining

    List the contract number of any

Debtor 1  Lensar, Inc.
       First Name       Middle Name       Last Name

Case number *(if known)*  16-12808 (MFW)

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.73.** State what the contract or lease is for and the nature of the debtor's interest ▬▬▬▬▬▬

State the term remaining

List the contract number of any government contract

**2.74.** State what the contract or lease is for and the nature of the debtor's interest ▬▬▬▬▬▬

State the term remaining

List the contract number of any government contract

**2.75.** State what the contract or lease is for and the nature of the debtor's interest ▬▬▬▬▬▬

State the term remaining

List the contract number of any government contract

**2.76.** State what the contract or lease is for and the nature of the debtor's interest ▬▬▬▬▬▬

State the term remaining

List the contract number of any government contract

**2.77.** State what the contract or lease is for and the nature of the debtor's interest ▬▬▬▬▬▬

State the term remaining

List the contract number of any government contract

**2.78.** State what the contract or lease is for and the nature of the debtor's interest    Facility (pest control)

Massey PrevenTech Commercial Services
3210 Clay Ave.
Orlando, FL 32804

Debtor 1  Lensar, Inc.
_____
First Name        Middle Name        Last Name

Case number (*if known*)  16-12808 (MFW)
_____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
| | List the contract number of any government contract | |

---

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | IT (R&D Software) |
| | State the term remaining | |
| | List the contract number of any government contract | Mathworks, Inc.<br>2 Apple Hill Drive<br>Natick, MA 01760 |

---

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | IT (Website Hosting) |
| | State the term remaining | |
| | List the contract number of any government contract | Media Temple<br>8520 National Blvd.<br>Building A<br>Culver City, CA 90232 |

---

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | ███████ |
| | State the term remaining | ████████████ |
| | List the contract number of any government contract | ████████ |

---

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | ███████ |
| | State the term remaining | ████████████ |
| | List the contract number of any government contract | ████████ |

---

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | ██████ |
| | State the term remaining | ████████ |
| | List the contract number of any government contract | |

---

Debtor 1   Lensar, Inc.
           First Name        Middle Name        Last Name

Case number *(if known)*   16-12808 (MFW)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.84.**   State what the contract or lease is for and the nature of the debtor's interest

IT (Development License)

    State the term remaining

    List the contract number of any government contract

Microsoft Corporation

---

**2.85.**   State what the contract or lease is for and the nature of the debtor's interest 

    State the term remaining

    List the contract number of any government contract



---

**2.86.**   State what the contract or lease is for and the nature of the debtor's interest 

    State the term remaining

    List the contract number of any government contract



---

**2.87.**   State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract



---

**2.88.**   State what the contract or lease is for and the nature of the debtor's interest

Disability Insurance

    State the term remaining

    List the contract number of any government contract

Mutual of Omaha Companies
Mutual of Omaha Plaza
Omaha, NE 68175

---

**2.89.**   State what the contract or lease is for and the nature of the debtor's interest 

    State the term remaining

    List the contract number of any



---

Debtor 1    Lensar, Inc.
     First Name      Middle Name      Last Name

Case number *(if known)*    16-12808 (MFW)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.90.** State what the contract or lease is for and the nature of the debtor's interest
▮

State the term remaining

List the contract number of any government contract
▮

**2.91.** State what the contract or lease is for and the nature of the debtor's interest
IT (domain name)

State the term remaining

List the contract number of any government contract

Network Solutions, LLC
13861 Sunrise Valley Dr.
Herndon, VA 20171

**2.92.** State what the contract or lease is for and the nature of the debtor's interest
Supplier

State the term remaining

List the contract number of any government contract

North American Sterilization and
Packaging Company, Inc.
4696 IRONTON STREET
Franklin, NJ 07416

**2.93.** State what the contract or lease is for and the nature of the debtor's interest
▮

State the term remaining

List the contract number of any government contract
▮

**2.94.** State what the contract or lease is for and the nature of the debtor's interest
▮

State the term remaining

List the contract number of any government contract
▮

**2.95.** State what the contract or lease is for and the nature of the debtor's interest
▮

Debtor 1    Lensar, Inc.
      First Name      Middle Name      Last Name

Case number *(if known)*    16-12808 (MFW)

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | ███████████ | |
|---|---|---|---|
| | State the term remaining | | ████████ |
| | List the contract number of any government contract | | ████████████ |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | ██████████ | |
|---|---|---|---|
| | State the term remaining | | ████████████ |
| | List the contract number of any government contract | | ██████████████ |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | HCP Consulting | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Packer, Mark M.D. 1400 Bluebell Ave. Boulder, CO 80302 |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | IT (Network Monitoring) | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Paessler AG Bucher Str. 79a D-90419 Nuremberg, Germany |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | HR | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Paychex 1175 John Street West Henrietta, NY 14586 |

Debtor 1    Lensar, Inc.

First Name          Middle Name          Last Name

Case number *(if known)*    16-12808 (MFW)

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.101.** State what the contract or lease is for and the nature of the debtor's interest

HR (attendance on demand) HR (client services agmt for payroll services)

State the term remaining

List the contract number of any government contract

Paycor
Attn: Jessica Bosford
10550 Deerwood Park Blvd., Suite 306
Jacksonville, FL 32256

**2.102.** State what the contract or lease is for and the nature of the debtor's interest



State the term remaining

List the contract number of any government contract



**2.103.** State what the contract or lease is for and the nature of the debtor's interest

Facility (a/c maintenance)

State the term remaining

List the contract number of any government contract

Pro-Tech Air Conditioning & Heating Service, Inc.
2425 Silver Star Road
Orlando, FL 32804

**2.104.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.105.** State what the contract or lease is for and the nature of the debtor's interest

IT (ERP)

State the term remaining

List the contract number of any government contract

QAD Inc.
100 Innovation Place
Santa Barbara, CA 93108

**2.106.** State what the contract or lease is for and the nature of the debtor's interest

IT (Windchill - R&D Software)

State the term remaining

List the contract number of any

Relex Software Corporation
140 Kendrick Street
Needham Heights, MA 02494

Debtor 1   Lensar, Inc.
           First Name        Middle Name        Last Name

Case number *(if known)*   16-12808 (MFW)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | ██████████████ | |
| | State the term remaining | | ████████████████████ |
| | List the contract number of any government contract | | |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | ████████████ | |
| | State the term remaining | | ████████████████████ |
| | List the contract number of any government contract | | |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | ██████████ | |
| | State the term remaining | | ████████████████ |
| | List the contract number of any government contract | | |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | ██████████ | |
| | State the term remaining | | ██████████████████ |
| | List the contract number of any government contract | | |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | HR (global employment outsourcing services) | |
| | State the term remaining | | SafeGuard World International Ltd. |
| | List the contract number of any government contract | | Edwin Foden Business Centre, Suite 24/25 Moss Lane Sandbach Cheshire CW11 3AE UK |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | ██████████ | ████████████████████ |

Debtor 1    Lensar, Inc.
_____
First Name        Middle Name        Last Name

Case number *(if known)*    16-12808 (MFW)
_____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract
_____

---

2.113.    State what the contract or
lease is for and the nature of
the debtor's interest          IP License

State the term remaining

List the contract number of any      Second Sight Laser Technologies, Inc.
government contract                  208 Beverly Lane
_____      Collinsville, IL 62234

---

2.114.    State what the contract or      Vendor (post
lease is for and the nature of      warranty hardware
the debtor's interest                support for HP
                                      servers)

State the term remaining

List the contract number of any      Service Express, Inc.
government contract                  3854 Broadmoor Ave SE
_____      Grand Rapids, MI 49512

---

2.115.    State what the contract or      Facility
lease is for and the nature of      (janitorial)
the debtor's interest

State the term remaining

List the contract number of any      Service Master Clean
government contract                  PO Box 8081
_____      Lakeland, FL 33802

---

2.116.    State what the contract or      ████████████
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any      ████████████████████
government contract                  ████████████████
_____

---

2.117.    State what the contract or      ████████████
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any      ████████████████████
government contract                  ████████████████
_____

---

Debtor 1  Lensar, Inc.
First Name          Middle Name          Last Name

Case number *(if known)*  16-12808 (MFW)

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.118.** State what the contract or lease is for and the nature of the debtor's interest 

State the term remaining

List the contract number of any government contract


**2.119.** State what the contract or lease is for and the nature of the debtor's interest 

State the term remaining

List the contract number of any government contract


**2.120.** State what the contract or lease is for and the nature of the debtor's interest  Vendor (shredding)

State the term remaining

List the contract number of any government contract

Shred-It
3504 Cragmont Drive #125
Tampa, FL 33619

**2.121.** State what the contract or lease is for and the nature of the debtor's interest 

State the term remaining

List the contract number of any government contract


**2.122.** State what the contract or lease is for and the nature of the debtor's interest 

State the term remaining

List the contract number of any government contract


**2.123.** State what the contract or lease is for and the nature of the debtor's interest 

State the term remaining

List the contract number of any


Debtor 1   Lensar, Inc.
      First Name      Middle Name      Last Name

Case number *(if known)*   16-12808 (MFW)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | Vendor (medical waste removal) |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Stericycle, Inc.<br>2333 Waukegan Road, Suite 300<br>Deerfield, IL 60015 |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | Consulting (clinical study monitoring) |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Steven Same<br>70 Lori Lane<br>Rochester, NY 14624 |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | ███████ |
|---|---|---|
| | State the term remaining | ██████████████ |
| | List the contract number of any government contract | |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | ███████ |
|---|---|---|
| | State the term remaining | ███████████ |
| | List the contract number of any government contract | |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | Vision Insurance |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Superior Vision Srvs Inc<br>11101 White Rock Road<br>Rancho Cordova, CA 95670 |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | ███████ |
|---|---|---|

Debtor 1   Lensar, Inc.

First Name        Middle Name        Last Name

Case number *(if known)*   16-12808 (MFW)

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
   government contract _____

---

2.130.   State what the contract or
   lease is for and the nature of
   the debtor's interest ████████████

State the term remaining

List the contract number of any
   government contract _____

---

2.131.   State what the contract or
   lease is for and the nature of
   the debtor's interest ████████████

State the term remaining

List the contract number of any
   government contract _____

---

2.132.   State what the contract or
   lease is for and the nature of
   the debtor's interest ████████████

State the term remaining

List the contract number of any
   government contract _____

---

2.133.   State what the contract or
   lease is for and the nature of
   the debtor's interest ████████████

State the term remaining

List the contract number of any
   government contract _____

---

2.134.   State what the contract or
   lease is for and the nature of
   the debtor's interest ████████████

State the term remaining

List the contract number of any
   government contract _____

---

Debtor 1   Lensar, Inc.
    First Name      Middle Name      Last Name

Case number *(if known)*   16-12808 (MFW)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.135.**  State what the contract or lease is for and the nature of the debtor's interest



State the term remaining

List the contract number of any government contract



---

**2.136.**  State what the contract or lease is for and the nature of the debtor's interest



State the term remaining

List the contract number of any government contract



---

**2.137.**  State what the contract or lease is for and the nature of the debtor's interest



State the term remaining

List the contract number of any government contract



---

**2.138.**  State what the contract or lease is for and the nature of the debtor's interest

IT (Anti-Virus)

State the term remaining

List the contract number of any government contract

ThreatTrack Security, Inc.
311 Park Place Blvd., Suite 300
Clearwater, FL 33759

---

**2.139.**  State what the contract or lease is for and the nature of the debtor's interest



State the term remaining

List the contract number of any government contract



---

**2.140.**  State what the contract or lease is for and the nature of the debtor's interest



State the term remaining

List the contract number of any



---

Debtor 1    Lensar, Inc.
    First Name      Middle Name      Last Name

Case number *(if known)*    16-12808 (MFW)

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | ▮ |
| | State the term remaining | ▮ |
| | List the contract number of any government contract | |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | ▮ |
| | State the term remaining | ▮ |
| | List the contract number of any government contract | |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | Dental Insurance |
| | State the term remaining | |
| | List the contract number of any government contract | UNUM Life Insurance Co<br>4401 Deer Path Road<br>Harrisburg, PA 17110 |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | ▮ |
| | State the term remaining | ▮ |
| | List the contract number of any government contract | |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | ▮ |
| | State the term remaining | ▮ |
| | List the contract number of any government contract | |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | ▮ |

Debtor 1    Lensar, Inc.                                         Case number (if known)   16-12808 (MFW)
            First Name    Middle Name    Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract    _____

---

2.147.  State what the contract or        IT (Firewall
        lease is for and the nature of    Hardware)
        the debtor's interest

        State the term remaining

        List the contract number of any          Watchguard
            government contract    _____    505 Fifth Avenue South, Suite 500
                                                    Seattle, WA 98104

---

2.148.  State what the contract or        ██████████████
        lease is for and the nature of
        the debtor's interest

        State the term remaining

        List the contract number of any          ████████████████████████
            government contract    _____

---

2.149.  State what the contract or        ████████████
        lease is for and the nature of
        the debtor's interest

        State the term remaining                  ████████████████████████

        List the contract number of any          ███████████████████
            government contract    _____

---

2.150.  State what the contract or        Vendor (Travel
        lease is for and the nature of    Services)
        the debtor's interest

        State the term remaining

        List the contract number of any          World Travel Service, Inc.
            government contract    _____    10201 Parkside Drive
                                                    Knoxville, TN 37922

---

**Fill in this information to identify the case:**

Debtor name ___Lensar, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF DELAWARE___

Case number (if known) ___16-12808 (MFW)___

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |

| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| --- | --- | --- | --- | --- |
| 2.1 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    Lensar, Inc.

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    16-12808 (MFW)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/16**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 1/01/2016 to Filing Date | ■ Operating a business<br>☐ Other _____ | $0.00 |
| For prior year:<br>From 1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other _____ | $11,793,045.00 |
| For year before that:<br>From 1/01/2014 to 12/31/2014 | ■ Operating a business<br>☐ Other _____ | $14,558,577.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From 1/01/2015 to 12/31/2015 | Interest | $77,292.00 |
| **For year before that:**<br>From 1/01/2014 to 12/31/2014 | Interest | $63,258.00 |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   Lensar, Inc.                                     Case number *(if known)* 16-12808 (MFW)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Steptoe & Johnson LLP<br>Attn: Glen P. Belvis, Esquire<br>115 South LaSalle Street, Suite 3100<br>Chicago, IL 60603 | 12/16/2016 | $456,287.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other_____ |
| 3.2. | Lawrence Livermore Ntl. Security LLC<br>Attn: Mark Lough<br>Office of General Counsel<br>P.O. Box 808 L-701<br>Livermore, CA 94550 | 12/16/2016 | $500,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Settlement of litigation_ |
| 3.3. | RSM US LLP<br>800 N. Magnolia Ave., Suite 1700<br>Orlando, FL 32803 | 10/5/16 & 12/9/16 | $17,650.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other_____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Scott Davido<br>1400 Summit Avenue<br>Saint Paul, MN 55105<br>Independent director | 1/29/16 and 12/14/16 | $33,041.44 | Independent director fees |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

Debtor    Lensar, Inc.                                              Case number (if known)  16-12808 (MFW)

---

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Lawrence Livermore National Security, LLC v. Lensar, Inc.<br>8:15-cv-01689-JVS | Claim for alleged patent infringement | US Dist Ct, Central Dist of California 411 West 4th Street, Room 1053 Santa Ana, CA 92701 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. Joseph Neev v. Lensar, Inc.<br>8:15-cv-01995-JVS | Claim for alleged patent infringement | US Dist Ct, Central Dist of California 411 West 4th Street, Room 1053 Santa Ana, CA 92701 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

---

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor   Lensar, Inc.                                              Case number *(if known)* 16-12808 (MFW)

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Ballard Spahr LLP<br>919 N.Market Street,<br>11th Floor<br>Wilmington, DE 19801 | | 10/28/16,<br>12/14/16,<br>and<br>12/16/16 | $578,216.38 |

**Email or website address**
www.ballardspahr.com

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1.<br><br>Lion Buyer, LLC (a/k/a Lensar, LLC)<br>2800 Discovery Drive<br>Orlando, FL 32826 | On December 15, 2015, the Debtor sold substantially all of its assets to Lion Buyer, LLC (a/k/a Lensar, LLC) ("Lion"). On December 16, 2016, prior to the commencment of this bankruptcy case, the Debtor reacquired substantially all assets from Lion. | December 15, 2016 | $57,452,224.00 |
| **Relationship to debtor**<br>None | | | |

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor  Lensar, Inc. _____    Case number *(if known)* 16-12808 (MFW)

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

Debtor collects names, addresses, national provider identification numbers, and medical license numbers of doctors that use the debtor's laser medical device.

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☑ No Go to Part 10.
☐ Yes. Fill in below:

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Silicon Valley Bank<br>3333 Peachtree Rd NE<br>STE M10<br>Atlanta, GA 30326 | **XXXX**-1394 | ☐ Checking<br>☐ Savings<br>☑ Money Market<br>☐ Brokerage<br>☐ Other_____ | Account closed in July 2016 and funds transferred to the Lensar, Inc. operating account | $100,001.36 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

Debtor    Lensar, Inc.                                          Case number *(if known)* 16-12808 (MFW)

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Iron Mountain<br>3608 Shader Road<br>Orlando, FL 32808 | Iron Mountain personnel only | Historical business records | ☐ No<br>■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Certain customers | Silicon Valley Bank | Prepayments/credits from/owed to certain customers | $1,438.25 |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  Lensar, Inc.                                              Case number (if known) 16-12808 (MFW)

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | KPMG<br>100 North Tampa Street<br>Tampa, FL 33602 | 2007 – May 2016 |
| 26a.2. | RSM US LLP<br>800 N. Magnolia Ave., Suite 1700<br>Orlando, FL 32803 | 2014 – present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. | KPMG<br>100 North Tampa Street<br>Tampa, FL 33602 | Audited Financials for periods ending 12/31/2014 and 12/31/2013 in report dated 3/31/15. Reviewed financials for period ending 9/30/15 but report was not received by the Debtor. |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | RSM US LLP<br>800 N. Magnolia Ave., Suite 1700<br>Orlando, FL 32803 | |
| 26c.2. | KPMG<br>100 North Tampa Street<br>Tampa, FL 33602 | Reviewed financial statements for 1/1/2015 - 9/30/2015 were not received by Debtor. |
| 26c.3. | Ernst & Young<br>18101 Von Karman Avenue, Suite 1700<br>Irvine, CA 92612 | Retained after acquisition by Lion Buyer, LLC (a/k/a Lensar, LLC) to prepare an opening balance sheet but work product was not received by Debtor. |

Debtor    Lensar, Inc.                                          Case number *(if known)* 16-12808 (MFW)

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1.   PDL BioPharma, Inc.<br>Attn.  Nathan Kryszak Senior Counsel<br>932 Southwood Blvd.<br>Incline Village, NV 89451 |
| 26d.2.   Silicon Valley Bank<br>3333 Peachtree Rd NE STE M10<br>Atlanta, GA 30326 |
| 26d.3.   Alphaeon Corporation<br>18191 Von Karman Avenue, Suite 500<br>Irvine, CA 92612 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| 27.1. Brenda Davis | 11/30/15 | $8,527,636- cost basis |

| Name and address of the person who has possession of inventory records |
| --- |
| Brenda Davis<br>c/o Lensar, Inc.<br>2800 Discovery Drive<br>Orlando, FL 32826 |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Scott Davido | 1400 Summit Avenue<br>Saint Paul, MN 55105 | Independent Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Nicholas T. Curtis | c/o Lensar, Inc.<br>2800 Discovery Drive<br>Orlando, FL 32826 | Director, Chief Executive Officer, and President | 5.07% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Alan Connaughton | c/o Lensar, Inc.<br>2800 Discovery Drive<br>Orlando, FL 32826 | Secretary and Chief Operating Officer | 0.27% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

Debtor   Lensar, Inc.                                Case number *(if known)*  16-12808 (MFW)

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | Scott Davido<br>1400 Summit Avenue<br>Saint Paul, MN 55105 | $33,041.44 | 1/29/2016 and 12/14/2016 | Independent director fees |
| | **Relationship to debtor**<br>Independent Director | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 17, 2017

/s/ Nicholas T. Curtis                      Nicholas T. Curtis
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name    Lensar, Inc.

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   16-12808 (MFW)

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 17, 2017    **X** /s/ Nicholas T. Curtis
                                         Signature of individual signing on behalf of debtor

                                         Nicholas T. Curtis
                                         Printed name

                                         Chief Executive Officer
                                         Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy